AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| RICHARD BLUMENTHAL et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 17-cv-1154 |
| DONALD J. TRUMP | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RICHARD BLUMENTHAL et al.

Date: 06/14/2017

/s/ Elizabeth B. Wydra
*Attorney's signature*

Elizabeth B. Wydra (DC Bar No. 483298)
*Printed name and bar number*

Constitutional Accountability Center
1200 18th Street NW, Suite 501
Washington, D.C. 20036
*Address*

elizabeth@theusconstitution.org
*E-mail address*

(202) 296-6889
*Telephone number*

(202) 296-6895
*FAX number*