AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| RICHARD BLUMENTHAL et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   17-cv-1154 |
| DONALD J. TRUMP | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RICHARD BLUMENTHAL et al.                                                                                    .

Date:     06/14/2017

/s/ Brian R. Frazelle
*Attorney's signature*

Brian R. Frazelle (DC Bar No. 1014116)
*Printed name and bar number*

Constitutional Accountability Center
1200 18th Street NW, Suite 501
Washington, D.C. 20036

*Address*

brian@theusconstitution.org
*E-mail address*

(202) 296-6889
*Telephone number*

(202) 296-6895
*FAX number*