AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Senator RICHARD BLUMENTHAL and
Representative JOHN CONYERS, JR., et al.,

*Plaintiff(s)*

v.   Civil Action No. 1:17-cv-01154-EGS

DONALD J. TRUMP, in his official capacity as
President of the United States of America,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  President Donald J. Trump
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth B. Wydra
Brianne J. Gorod
Brian R. Frazelle
Constitutional Accountability Center
1200 18th Street N.W., Suite 501
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  6/14/2017

/s/ Jean-Claude Douyon
*Signature of ~~Clerk or~~ Deputy Clerk*