# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, <br><br> Defendant. | Civil Action No. 17-cv-1154 (EGS) |

## AFFIDAVIT OF MAILING

I, Virginia Oat, hereby state that:

I am a Research and Administrative Associate at the Constitutional Accountability Center.

On June 15, 2017, I caused to be deposited in the United States Mail three copies of the summons and complaint in the above-captioned case, postage prepaid, return receipts requested, addressed to the following three recipients:

President Donald J. Trump
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

Jefferson B. Sessions III
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Civil-Process Clerk
United States Attorney's Office
555 4th Street, N.W.
Washington, DC 20530

1

I have attached a tracking report and delivery signature for the certified mail, No. 70161970000001656630, indicating that delivery of the summons and complaint was made upon President Donald J. Trump on June 19, 2017. Although I requested return service, the receipt was not returned.

I have attached a tracking report for the certified mail, No. 70161970000001656647, indicating that delivery of the summons and complaint was made upon the Attorney General of the United States on June 19, 2017. I also have attached the signed return receipt.

I have attached a tracking report for the certified mail, No. 70161970000001656654, indicating that delivery of the summons and complaint was made upon the United States Attorney for the District of Columbia on June 19, 2017. I also have attached the signed return receipt.

I declare under penalty of perjury that the foregoing is true and correct. Executed this seventh day of July, 2017.

                                                     *Virginia Oat*
                                                     Virginia Oat