

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ×

**Tracking Number:** 70161970000001656630

**Delivered**

**Updated Delivery Day:** Monday, June 19, 2017 

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See tracking for related item: 9590940226636336633573 (/go/TrackConfirmAction?tLabels=9590940226636336633573)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 19, 2017, 3:58 am** | **Delivered** | **WASHINGTON, DC 20500** |
| Your item was delivered at 3:58 am on June 19, 2017 in WASHINGTON, DC 20500. | | |
| June 18, 2017, 11:11 am | Business Closed | WASHINGTON, DC 20500 |
| June 18, 2017, 10:33 am | Arrived at Hub | WASHINGTON, DC 20018 |
| June 16, 2017, 6:18 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |

See More ∨

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

Help

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE.**

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts | June 28, 2017 |

## USPS Tracking Intranet
### Delivery Signature and Address

Tracking Number: 7016 1970 0000 0165 6630

This Item was delivered on 06/19/2017 at 03:58:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type: Quick Search    [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 13.0.0.0.16