# USPS Tracking® Results

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70161970000001656647

▶   ▶   ▶   **Delivered**

**Updated Delivery Day:** Monday, June 19, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See tracking for related item: 9590940226636336624502 (/go/TrackConfirmAction?tLabels=9590940226636336624502)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 19, 2017, 4:34 am** | **Delivered** | **WASHINGTON, DC 20530** |
| | Your item was delivered at 4:34 am on June 19, 2017 in WASHINGTON, DC 20530. | |
| June 18, 2017, 12:48 pm | Business Closed | WASHINGTON, DC 20530 |
| June 18, 2017, 10:31 am | Arrived at Hub | WASHINGTON, DC 20018 |
| June 16, 2017, 6:18 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |

See More ⌄

## Available Actions

**Text Updates**  ⌄

**Email Updates**  ⌄

See Less ⌃

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jefferson B. Sessions III
   Attorney General, U.S. DOJ
   950 Pennsylvania Ave NW
   Washington DC 20530

   9590 9402 2663 6336 6245 02

2. Article Number *(Transfer from service label)*

   7016 1970 0000 0165 6647

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery
JUN 2 0 2017

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt