# USPS Tracking® Results

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70161970000001656654

      Delivered

**Updated Delivery Day:** Monday, June 19, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See tracking for related item: 9590940226636336633580 (/go/TrackConfirmAction?tLabels=9590940226636336633580)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 19, 2017, 4:34 am** | **Delivered** | **WASHINGTON, DC 20530** |
| | Your item was delivered at 4:34 am on June 19, 2017 in WASHINGTON, DC 20530. | |
| June 18, 2017, 12:48 pm | Business Closed | WASHINGTON, DC 20530 |
| June 18, 2017, 10:06 am | Arrived at Hub | WASHINGTON, DC 20018 |
| June 16, 2017, 6:18 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |

See More ∨

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JUN 2 0 2017 |
| 1. Article Addressed to:<br>Civil Process Clerk<br>US Attorney's Office<br>555 4th Street NW<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2663 6336 6335 80 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 1970 0000 0165 6654 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |