## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Senator RICHARD BLUMENTHAL,
Representative JOHN CONYERS, JR., *et al.*,

        *Plaintiffs*,

      v.

DONALD J. TRUMP, in his official capacity
as President of the United States,

        *Defendant*.

No. 17-cv-1154-EGS

## NOTICE OF APPEARANCE

        To the Clerk of this court and all parties of record, please take notice of the appearance of the

following counsel for the Defendant:

        Jean Lin
        Special Counsel
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Washington, DC 20530
        Phone: (202) 514-3716
        Fax: (202) 616-8202
        Email: jean.lin@usdoj.gov

Dated: July 12, 2017               Respectfully submitted,


                             CHAD A. READLER
                             Acting Assistant Attorney General
                             Civil Division

                             JENNIFER D. RICKETTS
                             Branch Director, Federal Programs Branch

                             ANTHONY J. COPPOLINO
                             Deputy Director

/s/ *Jean Lin*
JEAN LIN
Special Counsel
JAMES R. POWERS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
jean.lin@usdoj.gov

*Counsel for Defendant*