**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> *Defendant*. | No. 17-cv-1154-EGS |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for Extensions of Time and for Entry of Scheduling Order and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the following schedule shall govern the proceedings of this case:

| | |
|---|---|
| First Amended Complaint: | August 15, 2017 |
| Defendant's response to the Complaint: | September 15, 2017 |
| Any amicus brief in support of Defendant: | September 22, 2017 |
| Plaintiffs' opposition to the motion to dismiss: | October 26, 2017 |
| Any amicus brief in support of Plaintiffs: | November 2, 2017 |
| Defendant's reply in support of motion to dismiss: | November 21, 2017 |

**SO ORDERED.**

_____
EMMET G. SULLIVAN
United States District Judge