UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
Senator RICHARD BLUMENTHAL,    )
Representative JOHN CONYERS, JR., )
et al.,                        )
                               )
     Plaintiffs,               )
                               )
  v.                           )   Civil Action No.
                               )   17-1154 (EGS)
                               )
DONALD J. TRUMP, in his official )
capacity as President of the   )
United States,                 )
                               )
     Defendant.                )
_____)
```

## ORDER GOVERNING THE FILING OF AMICUS CURIAE BRIEFS

Any party seeking to file an amicus curiae brief in this proceeding must comply with the rules and procedures set forth in this Order.

Local Civil Rule 7(o) governs the filing of amicus curiae briefs in this Court:

> (1) The United States or its officer or agency or a state may file an *amicus curiae* brief without the consent of the parties or leave of Court. Any other *amicus curiae* may file a brief only upon leave of Court, which may be granted after the submission of a motion for leave to file or upon the Court's own initiative.
>
> (2) A motion for leave to file an *amicus* brief shall concisely state the nature of the movant's interest; identify the party or parties supported, if any; and set forth the reasons why an *amicus*

>   brief is desirable, why the movant's position is not adequately represented by a party, and why the matters asserted are relevant to the disposition of the case. The motion shall state the position of each party as to the filing of such a brief and be accompanied by a proposed order. The motion shall be filed in a timely manner such that it does not unduly delay the Court's ability to rule on any pending matter. Any party may file an opposition to a motion for leave to file an *amicus* brief, concisely stating the reasons for such opposition, within 14 days after service of the motion or as ordered by the Court. There shall be no further briefing unless otherwise ordered by the Court.
>
>   (3) The *amicus* brief shall be filed within such time as the Court may allow.
>
>   (4) Unless otherwise ordered by the Court, a brief filed by an *amicus curiae* shall conform to the requirements of LCvR 5.4 and may not exceed 25 pages.
>
>   (5) An *amicus* brief shall comply with the requirements set forth in FRAP 29(c)(1)-(6).[1]
>
>   (6) An *amicus curiae* may participate in oral argument only with the court's permission.

Pursuant to this rule, an attorney seeking to file an amicus curiae brief shall attach the brief as an exhibit to the motion seeking leave to file the brief, which shall be filed in accordance with the Scheduling Order entered in this case. The

---

[1] The Court notes that the 2016 Amendments to this rule re-numbered this provision.

motion seeking leave to file the brief amicus curiae shall identify the pending motion to which the proposed amicus curiae brief relates.

Non-members of the bar of this Court seeking leave to file an amicus curiae brief shall comply with the applicable provisions of Local Civil Rule 83.2.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**July 14, 2017**