THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>*Defendant*. | No. 17-cv-1154-EGS |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Dismiss, the Amended Complaint, and the relevant authorities, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED**.

Date: _____ _____
Emmet G. Sullivan
United States District Judge

1