IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL,<br>Representative JOHN CONYERS, JR., et al.,<br><br>                        Plaintiffs,<br>v.<br><br>DONALD J. TRUMP,<br>in his official capacity as President of the United States of America,<br><br>                        Defendant. | No. 17 Civ. 1154-EGS<br><br>**[PROPOSED ORDER]** |

**ORDER**

Upon consideration of the Motion of scholar Seth Barrett Tillman and Judicial Education Project for leave to file *amicus curiae* brief in support of Defendant, it is hereby

**ORDERED** that the motion is **GRANTED**.


Dated: September __, 2017        _____
       Washington, D.C.         EMMET G. SULLIVAN
                                     United States District Judge