### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., *et al.*, | Civil Action No. 17-1154 (EGS) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, | |
| Defendant. | |

### ORDER

Upon consideration of the motion of Former Members of Congress for leave to file their proposed *amici curiae* brief in support of plaintiffs, it is hereby

**ORDERED** that the motion is **GRANTED**.

Dated: _____          _____
                                Emmet G. Sullivan
                                United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2017 I caused a true and correct copy of the foregoing to be served on all counsel of record through the Court's CM/ECF system.

                                                    /s/ Sean H. Donahue
                                                  Sean H. Donahue