AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Senator Richard Blumenthal, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cv-1154 (EGS) |
| Donald J. Trump, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Former Members of Congress, Movant-Amici Curiae in support of Plaintiffs.

Date:    11/02/2017

Sean H. Donahue
*Attorney's signature*

Sean H. Donahue (No. 450940)
*Printed name and bar number*

Donahue & Goldberg, LLP
1111 14th St., NW, Suite 510A
Washington, DC 20005

*Address*

sean@donahuegoldberg.com
*E-mail address*

(202) 277-7085
*Telephone number*

(202) 315-3582
*FAX number*