AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Senator Richard Blumenthal, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cv-1154 (EGS) |
| Donald J. Trump | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

former government ethics officers as amici curiae supporting plaintiffs.

Date:   11/02/2017

s/Thomas C. Goldstein
*Attorney's signature*

Thomas C. Goldstein (458365)
*Printed name and bar number*
Goldstein & Russell, P.C.
7475 Wisconsin Ave. Suite 850
Bethesda, MD 20814

*Address*

tgoldstein@goldsteinrussell.com
*E-mail address*

(202) 362-0636
*Telephone number*

(866) 574-2033
*FAX number*