# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> *Defendant.* | No. 17-cv-1154 (EGS) <br><br> **[PROPOSED] ORDER** |

## ORDER

Upon consideration of the motion of Former Government Ethics Officers for leave to file their proposed amici curiae brief in support of plaintiffs, it is hereby

**ORDERED** that the motion is **GRANTED**

Dated: _____                    _____
                                             Emmet G. Sullivan
                                             United States District Judge