IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., *et al*.,<br><br>    Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>    Defendant. | Civil Action No. 17-cv-1154 (EGS) |

### [PROPOSED] ORDER

Upon consideration of the Motion of Former National Security Officials for leave to file amicus curiae brief in support of plaintiffs' opposition to defendants' motion to dismiss, it is hereby

**ORDERED** that the Motion of Former National Security Officials for leave to file amicus curiae brief in support of Plaintiffs is **GRANTED**.

Dated: November __, 2017  
Washington, D.C.

_____  
EMMET G. SULLIVAN  
United States District Judge