AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Senator Richard Blumenthal, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-CV-1154 (EGS) |
| Donald J. Trump | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Federal Jurisdiction and Constitutional Law Scholars.

Date:   11/02/2017

/s/ Corey W. Roush
*Attorney's signature*

Corey W. Roush (D.C. Bar No. 466337)
*Printed name and bar number*

1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

*Address*

croush@akingump.com
*E-mail address*

(202) 887-4000
*Telephone number*

(202) 887-4288
*FAX number*