UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>*Defendant*. | Civil Action No.<br>17-1154 (EGS)<br><br>**[PROPOSED ORDER]** |

**ORDER**

Having reviewed and considered the Motion for Leave to File Brief of Federal Jurisdiction and Constitutional Law Scholars as *Amici Curiae* in Support of Plaintiffs (Dkt. No. \_\_\_\_), the motion is **HEREBY GRANTED**.

    **SO ORDERED.**

**Signed:**  _____
**Emmet G. Sullivan**
**United States District Judge**
**November \_\_\_, 2017**