IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> *Defendant*. | Civil Action No. 17-cv-1154 (EGS) |

**MOTION FOR LEAVE TO FILE BRIEF OF SEPARATION
OF POWERS SCHOLARS AS *AMICI CURIAE*
IN SUPPORT OF PLAINTIFFS**

In accordance with the Court's July 14, 2017 Order Governing the Filing of Amicus Curiae Briefs and Local Civil Rule 7(o), Rebecca L. Brown, Harold H. Bruff, Neil Kinkopf, Christopher H. Schroeder, Peter M. Shane, Kevin M. Stack, and Peter L. Strauss ("Separation of Powers Scholars") hereby move for leave to file a brief as *amici curiae* in support of Plaintiffs' opposition to Defendant's Motion to Dismiss. The brief is attached as Exhibit 1 to this Motion. Plaintiffs consented to the filing of this brief. Defendant took no position on the filing of this brief.

Separation of Powers Scholars are distinguished professors of constitutional and administrative law who are experts in separation of powers issues.[1] They have a strong interest in ensuring that the Court's decision in this case upholds the Constitution's structure of checks and balances. The attached *amicus* brief is desirable because it provides Separation of Powers

---

[1] Further biographical information is provided in Exhibit 2, attached.

Scholars' unique perspective and expertise on the separation of powers and constitutional checks and balances issues that are central to this case.  Although Separation of Powers Scholars are aware of other planned *amici* briefs in support of Plaintiffs in this case, they believe that the breadth of issues presented as well as the expertise of the other *amici* and anticipated topics to be covered warrant separate briefing.  Separation of Powers Scholars submit this brief specifically concerning the separation of powers arguments raised by Defendant and the critical role that the Foreign Emoluments Clause plays in the Constitution's structure of checks and balances.  Separation of Powers' position is not adequately represented by Plaintiffs or other known *amici* in support of Plaintiffs because they have interests and opinions regarding this case that go beyond providing the constitutional and historical framework that is the focus of the Separation of Powers Scholars' brief.  Counsel for Separation of Powers Scholars have coordinated with counsel for other *amici* in support of Plaintiffs to avoid duplication or other burdens on the Court.

        Respectfully submitted,

        /s/ *Katharine Mapes*
        Katharine Mapes (DC Bar No. 993784)
        Anjali Patel (DC Bar No. 1000826)
        Jeffrey M. Bayne (DC Bar No. 1020810)
        SPIEGEL & MCDIARMID LLP
        1875 Eye Street, NW
        Suite 700
        Washington, DC  20006
        (202) 879-4000
        katharine.mapes@spiegelmcd.com
        anjali.patel@spiegelmcd.com
        jeffrey.bayne@spiegelmcd.com

        *Attorneys for Separation of Powers Scholars*

November 2, 2017

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 2nd day of November, 2017, caused the foregoing documents to be electronically served through the Court's CM/ECF system.

/s/ *Katharine Mapes*
Katharine Mapes

Law Offices of:
    Spiegel & McDiarmid LLP
    1875 Eye Street, NW
    Suite 700
    Washington, DC 20006
    (202) 879-4000