# Exhibit 2

**BIOGRAPHIES OF SEPARATION OF POWERS SCHOLARS**

**Rebecca L. Brown** is The Rader Family Trustee Chair in Law at the University of Southern California Gould School of Law.  Among her relevant writings are *Separated Powers and Ordered Liberty,* 139 U. Penn. L. Rev. 1513 (1991), *When Political Questions Affect Individual Rights:  the Other* Nixon v. United States, 1993 Supreme Court Review 125, and *Judicial Supremacy and Taking Conflicting Rights Seriously*, 58 Wm. & Mary L. Rev. 1544 (2017).  She has served as an attorney-advisor in the Office of Legal Counsel of the U.S. Department of Justice and as a law clerk to Associate Justice Thurgood Marshall of the U.S. Supreme Court.  She has been a member of the American Law Institute since 1996.

**Harold H. Bruff** is the Rosenbaum Professor of Law emeritus at the University of Colorado School of Law, where he was dean from 1996-2003.  His numerous writings on constitutional and administrative law include Balance of Forces: Separation of Powers Law in the Administrative State (Carolina Academic Press, 2006), and Untrodden Ground (U of Chicago Press, 2015), examining how presidents have interpreted their constitutional powers. He has served in the Office of Legal Counsel in the U.S. Department of Justice and has testified before Congress many times on public law issues.

**Neil Kinkopf** is Professor of Law at the Georgia State University College of Law. His teaching and scholarship focus on separation of powers, and especially on the law of presidential power. With Peter Shane and Harold Bruff, he is co-author of the forthcoming fourth edition of *Separation of Powers Law*. Professor Kinkopf has served in the U.S. Department of Justice, practicing separation of powers law in both the Office of Legal Counsel and Office of Legal Policy.

**Christopher H. Schroeder** is Charles S. Murphy Professor of Law and Professor of Public Policy Studies, and Co-Director of the Public Law Program at Duke University. His scholarship on constitutional law and separation of powers includes *Keeping Faith with the Constitution*, co-authored with Pamela Karlan and Goodwin Liu, as well as *Presidential Power Stories*, co-edited with Curtis Bradley, to which he contributed the chapter on *United States v. Nixon*, the Watergate tapes decision. He is currently working on a book of presidential powers. From 1994-1997, Schroeder served as principal deputy and acting assistant attorney general in the Office of Legal Counsel at the Department of Justice. From 2010-2013, he served as assistant attorney general in the Office of Legal Policy. He has also served as chief counsel for the Senate Judiciary Committee, 1992-1993.

**Peter M. Shane** is the Jacob E. Davis Chair in Law at the Ohio State University's Moritz College of Law. Among his many writings, he has co-authored or edited

eight books, including *Separation of Powers Law: Cases and Materials* (Carolina Academic Press, 3d ed. 2011) and *Madison's Nightmare: How Executive Power Threatens American Democracy* (University of Chicago Press 2009), and he is a public member of the Administrative Conference of the United Stated ("ACUS"). Before entering full-time teaching in 1981, Professor Shane served as an attorney-adviser in the Office of Legal Counsel in the U.S. Department of Justice and as an assistant general counsel in the Office of Management and Budget.

**Kevin M. Stack** is the Lee S. and Charles A. Speir Professor of Law at Vanderbilt University Law School.  His writing bearing on separation of powers include *The President's Statutory Powers to Administer the Laws*, 106 Colum. L. Rev. 263 (2006), *The Reviewability of the President's Statutory Powers*, 62 Vand. L. Rev. 1171 (2009), and *The Story of* Morrison v. Olson *in Presidential Power Stories* 401(Christopher H. Schroeder & Curtis A. Bradley eds. 2009).

**Peter L. Strauss** is the Betts Professor of Law Emeritus at Columbia Law School. His many influential articles bearing on separation of powers issues include *Overseer or "The Decider"?: The President in Administrative Law*, 75 Geo. Wash. L. Rev. 696 (2007), and *The Place of Agencies in Government: Separation of Powers and the Fourth Branch*, 84 Colum. L. Rev. 573 (1984). He served as the first general counsel to the U.S. Nuclear Regulatory Commission while on leave

4

from Columbia, and as an attorney in the Office of the Solicitor General before his joining the Columbia faculty in 1971. Professor Strauss was elected in 2010 to the American Academy of Arts & Sciences.