IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States <br><br> *Defendant*. | Civil Action No. 17-cv-1154 (EGS) |

# [PROPOSED] ORDER

Upon consideration of the Motion for Leave to File Brief of Separation of Powers Scholars as *Amici Curiae* in Support of Plaintiffs, it is hereby

**ORDERED** that the motion is **GRANTED.**


Date: _____                           _____
                                                  Emmet G. Sullivan
                                                  United States District Judge