# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., *et al.*,<br><br>             Plaintiffs,<br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>             Defendant. | Civil Action No. 1:17-cv-01154-EGS |

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* BY CERTAIN LEGAL HISTORIANS ON BEHALF OF PLAINTIFFS

Professors Jed H. Shugerman,[1] John Mikhail,[2] Jack Rakove,[3] Gautham Rao,[4] and Simon Stern[5] (collectively, "the Historians") hereby move, through the undersigned counsel, for leave to

---

[1] Professor Shugerman is a Professor at Fordham University School of Law. He earned a B.A. from Yale College (1996), a J.D. from Yale Law School (2002), and a Ph.D. in History from Yale University (2008). He is the author of *The People's Courts: Pursuing Judicial Independence in America* (Harv. Univ. Press 2012), and *The Creation of the Department of Justice: Professionalization with Civil Rights or Civil Service*, 66 Stan. L. Rev. 121 (2014), among other publications. *See* https://www.fordham.edu/download/downloads/id/1661/jed_shugerman.pdf.

[2] Prof. Mikhail is Associate Dean for Research and Academic Programs, Professor of Law, and Agnes N. Williams Research Professor at Georgetown University Law Center. He earned a B.A. from Amherst College (1991), a Ph.D. in Philosophy from Cornell University (2000), and a J.D. from Stanford Law School (2002). He is the author of *Elements of Moral Cognition* (2011) and numerous law review articles, including *The Constitution and the Philosophy of Language: Entailment, Implicature, and Implied Powers*, 101 Va. L. Rev. 1063 (2015) and *The Necessary and Proper Clauses*, 102 Geo. L.J. 1045 (2014). *See* https://www.law.georgetown.edu/faculty/mikhail-john.cfm#.

[3] Professor Rakove is the William R. Coe Professor of History and American Studies, and Professor of Political Science, at Stanford University, where he has taught since 1980. He earned a B.A. from Haverford College (1968) and a Ph.D. in History from Harvard University (1975). He is the author of seven books, including *The Beginnings of National Politics: An Interpretive History of the Continental Congress* (Random House 1979); *Original Meanings: Politics and Ideas in the Making of the Constitution* (Vintage 1996), which won the Pulitzer Prize; and *Revolutionaries: A New History of the Invention of America* (Mariner Books 2010), which was a finalist for the George Washington Prize. *See* https://history.stanford.edu/people/jack-rakove.

[4] Professor Rao is an Assistant Professor in the Department of History at American University. He earned an A.B. (2000), A.M. (2002), and Ph.D. in History (2008) from the University of Chicago. He is the author *of National Duties: Custom Houses and the Making of the American State* (Univ. Chi. Press 2016), and serves as Editor-In-Chief of *Law & History Review*. *See* http://www.american.edu/uploads/docs/RaoGauthamF15.pdf.

[5] Professor Stern is an Associate Professor of Law and English at the University of Toronto. He earned a B.A. from Yale College (1987), a Ph.D. in English from the University of California-

file the accompanying brief of *amici curiae* (appended hereto as Exhibit A) in opposition to Defendant's motion to dismiss (ECF No. 15). Plaintiffs have consented to the filing of this brief. Defendant has taken no position.

District courts have discretion "to determine the fact, extent, and manner of participation by the amicus." *United States v. Microsoft Corp.*, No. 98-1232 (CKK)**,** 2002 U.S. Dist. LEXIS 26547, at *10 (D.D.C. Mar. 4, 2002). Amici curiae should be permitted to participate in litigation where such participation benefits the court, including by providing "'unique information or perspective that can help the court beyond help that lawyers for parties are able to provide.'" *In re Vitamins Antitrust Litig.*, No. 99-197 (TFH), 2002 U.S. Dist. LEXIS 25815, at *32-33 (D.D.C. Dec. 18, 2002) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)).

Here, the Historians are accomplished scholars who bring together expertise in American constitutional history, English legal history, and the context of the Founding Era. The proposed brief of *amici curiae*: (1) provides historical context concerning the definition of the word "emoluments" as it was used by the framers, including an historical survey of multiple U.S. and English dictionaries as well as legal and economic treatises from the relevant time period; and (2) sets forth the history and purpose of the Foreign Emoluments Clause ("FEC"), including background from European history, the Articles of Confederation, the Constitutional Convention, the Ratifying Debates, and the Early Republic. The FEC has never been litigated before in federal court, and thus, the text and historical context of the FEC require careful and in-depth scrutiny. In light of the complex and novel constitutional questions at bar, the Historians submit that the

---

Berkeley (1999), and a J.D. from Yale Law School (2002). He is the editor of William Blackstone, *Commentaries on the Laws of England, Book II: Of the Rights of Things* (Simon Stern ed., Oxford UP 2016), and numerous articles on legal and intellectual history. *See* https://www.law.utoronto.ca/utfl_file/count/cv/cv_-_s1.pdf.

accompanying *amici curiae* brief provides unique information and will aid the Court in its ruling on the pending motion to dismiss.

No party's counsel authored or funded the accompanying brief of *amici curiae*. No other person funded the preparation of the brief of *amici curiae*. The Historians do not request permission to participate in any oral argument on the pending motion.


Dated:  November 2, 2017							Respectfully submitted,


										 */s/ Melissa H. Maxman*
										Melissa H. Maxman
										D.C. Bar No. 426231
										**Cohen & Gresser LLP**
										2001 Pennsylvania Ave, N.W.
										Suite 300
										Washington, DC 20006
										Tel: (202) 851-2070
										Email: mmaxman@cohengresser.com

										H. Laddie Montague, Jr.
										Eric L. Cramer
										Candice J. Enders
										**Berger & Montague, P.C.**
										1622 Locust Street
										Philadelphia, PA 19103
										Tel: (215) 875-3000
										Email:  hlmontague@bm.net
										             ecramer@bm.net
										             cenders@bm.net

										*Counsel for Proposed Amici Curiae Legal Historians*


Kal7829692

3