# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, <br><br> Defendant. | Civil Action No. 1:17-cv-01154-EGS |

## [PROPOSED] ORDER

AND, NOW, this _____ day of _____, 2017, it is hereby ORDERED that the Motion for Leave to File Brief of *Amici Curiae* by Certain Legal Historians on Behalf of Plaintiffs is **GRANTED**.

Dated: _____, 2017

                                                                        _____
                                                                        Emmet G. Sullivan
                                                                        United States District Judge

Kal7829690