# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>　　　　Defendant. | Civil Action No. 1:17-cv-01154-EGS |

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2017, I caused to be served on all counsel of record via ECF, true and correct copies of the Motion for Leave to File Brief of *Amici Curiae* by Certain Legal Historians on Behalf of Plaintiffs, accompanying Exhibit A and [Proposed] Order.

　　　　　　　　　　　　　　　　　　*/s/ Melissa H. Maxman*
　　　　　　　　　　　　　　　　　　Melissa H. Maxman
　　　　　　　　　　　　　　　　　　D.C. Bar No. 426231
　　　　　　　　　　　　　　　　　　**Cohen & Gresser LLP**
　　　　　　　　　　　　　　　　　　2001 Pennsylvania Ave, N.W.
　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　Tel: (202) 851-2070
　　　　　　　　　　　　　　　　　　Email: mmaxman@cohengresser.com

　　　　　　　　　　　　　　　　　　H. Laddie Montague, Jr.
　　　　　　　　　　　　　　　　　　Eric L. Cramer
　　　　　　　　　　　　　　　　　　Candice J. Enders
　　　　　　　　　　　　　　　　　　**Berger & Montague, P.C.**
　　　　　　　　　　　　　　　　　　1622 Locust Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　Tel: (215) 875-3000
　　　　　　　　　　　　　　　　　　Email:  hlmontague@bm.net
　　　　　　　　　　　　　　　　　　　　　　　ecramer@bm.net
　　　　　　　　　　　　　　　　　　　　　　　cenders@bm.net

　　　　　　　　　　　　　　　　　　*Counsel for Proposed Amici Curiae Legal Historians*

Kal7829691