IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL,<br>Representative JOHN CONYERS, JR., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP,<br>in his official capacity as President of the United States of America,<br><br>　　　　　　　Defendant. | No. 17 Civ. 1154-EGS |

**MOTION TO ADMIT JOSHUA M. BLACKMAN AS COUNSEL *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, and upon the accompanying Declaration of Joshua M. Blackman, Joshua M. Blackman hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Scholar Seth Barrett Tillman as *Amicus Curiae* in Support of the Defendant in the above-captioned action.

Dated: November 2, 2017
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ Robert W. Ray
　　　　　　　　　　　　　　　　　　　　Robert W. Ray
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 401377
　　　　　　　　　　　　　　　　　　　　THOMPSON & KNIGHT LLP
　　　　　　　　　　　　　　　　　　　　900 Third Avenue, 20th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 751-3349
　　　　　　　　　　　　　　　　　　　　Email: robert.ray@tklaw.com
　　　　　　　　　　　　　　　　　　　　*Co-Counsel for Amicus Curiae*
　　　　　　　　　　　　　　　　　　　　*Scholar Seth Barrett Tillman*