IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL,<br>Representative JOHN CONYERS, JR., et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP,<br>in his official capacity as President of the United<br>States of America,<br><br>　　　　　　　　　　　Defendant. | No. 17 Civ. 1154-EGS |

**DECLARATION OF JOSHUA M. BLACKMAN
IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, JOSHUA M. BACKMAN, hereby affirm and state as follows:

1.  I submit this declaration in support of the motion for my admission to practice *pro hac vice* to appear as counsel for Scholar Seth Barrett Tillman as *Amicus Curiae* in the above-captioned action.

2.  My address is 1303 San Jacinto Street, Houston, Texas 77002. My phone number is 202-294-9003.

3.  I am a member in good standing of the Bar of the Commonwealth of Virginia. I am also admitted to practice before the following courts: the United States Supreme Court, the United States Courts of Appeals for the Fifth and Sixth Circuits, and the United States District Court for the Western District of Texas.

4.  I have never been disciplined by any bar, and there are no pending disciplinary proceedings against me in any state or federal court.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. Accordingly, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* for Scholar Seth Barrett Tillman as *Amicus Curiae* in support of the Defendant.

I affirm under penalty of perjury that the foregoing statements are true and correct.

Dated: November 2, 2017
Houston, Texas

Respectfully Submitted,

Josh Blackman, Esq.
1303 San Jacinto Street
Houston, TX 77002
202-294-9003
Josh@JoshBlackman.com