IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>　　　　　　　　Defendant. | No. 17 Civ. 1154-EGS<br><br>**[PROPOSED ORDER]** |

**ORDER**

Upon consideration of the Motion and accompanying Declaration of Joshua M. Blackman to practice *Pro Hac Vice* to appear as counsel for Scholar Seth Barrett Tillman as *Amicus Curiae*, it is hereby

**ORDERED** that the motion is **GRANTED**.

Dated: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EMMET G. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge