# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., et al.,<br><br>                          Plaintiffs,<br>v.<br><br>DONALD J. TRUMP,<br>in his official capacity as President of the United States of America,<br><br>                          Defendant. | No. 17 Civ. 1154-EGS<br><br>Date: November 26, 2017 |

## MOTION FOR LEAVE TO FILE E-BRIEF OF FORMER NATIONAL SECURITY OFFICIALS AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Harold Hongju Koh
RULE OF LAW CLINIC
Yale Law School
127 Wall Street, P.O. Box 208215
New Haven, CT 06520-8215
203-432-4932
harold.koh@ylsclinics.org

Phillip Spector (D.C. Bar No. 479121)
MESSING & SPECTOR LLP
1200 Steuart St. #2112
Baltimore MD 21230
202-277-8173
ps@messingspector.com

*Counsel for Amici Curiae*

1

Proposed amici curiae, a group of former national security officials identified below, respectfully submit this Motion seeking leave to file the accompanying hyperlinked amicus curiae e-brief, attached as Exhibit A, in support of.

1. On November 2, 2017, amici submitted a Motion seeking leave to file an amicus brief in support of plaintiffs Senator Richard Blumenthal, et al. (the "Plaintiffs")' opposition to the motion to dismiss in the above-captioned case, with an amicus brief and proposed order attached to that Motion.

2. Pursuant to this Court's July 14, 2017 minute order, amici are now filing this Motion with an attached e-brief containing hyperlinks to any cited exhibits and points and authorities.

3. Proposed amici curiae are a group of former national security, foreign policy, and intelligence officials who have worked at the senior-most levels of the U.S. government for Presidents of both major political parties. As Executive Branch officials and through their decades of public service, amici are intimately familiar with the need for the Executive to act decisively, with one voice, on behalf of the nation. For the same reason, proposed amici also understand the critical importance of—and while in office sought scrupulously to obey—rigorous ethical rules to protect against undue influence in the national security and foreign policy making process.

4. Proposed amici seek to file this submission to lend the Court their expert perspective on why ethical standards are so important to the national security and foreign policy interests of the United States, thereby offering a national security perspective on these novel issues facing the Court. The need for such standards supports reading the Constitution's Foreign

Emoluments Clause broadly enough to encompass private financial interactions with foreign governments.  Such a reading would allow Congress the necessary oversight to ensure that no foreign influences improperly interfere with American policy, in a way that does not undercut, but rather supports the Executive's wise exercise of national security and foreign policy prerogative.

5. This Motion seeking leave to file an amicus curiae brief in support of Plaintiffs, which is attached as Exhibit A, is filed on November 26, 2017, which is before the deadline set forth in the Minute Order entered July 14, 2017.

6. Proposed amici therefore respectfully request leave to file the attached hyperlinked amicus brief in support of Plaintiffs.

Dated: November 26, 2017                                        Respectfully submitted,

                                                                _____/s/_____
  Harold Hongju Koh                                             Phillip Spector (D.C. Bar No. 479121)
  RULE OF LAW CLINIC                                            MESSING & SPECTOR LLP
  Yale Law School                                               1200 Steuart Street #2112
  127 Wall Street                                               Baltimore, MD  21230
  P.O. Box 208215                                               202-277-8173
  New Haven, CT 06520-8215
  203-432-4932

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I, Phillip Spector, hereby certify that on November 26, 2017, the foregoing document was filed and served through the CM/ECF system.

>Respectfully submitted,
>
>_____ /s/_____
>Phillip Spector (D.C. Bar No. 479121)
>MESSING & SPECTOR LLP
>1200 Steuart Street
>#2112
>Baltimore, MD  21230
>*Counsel for Amici Curiae*