IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>Defendant. | Civil Action No. 17-cv-1154 (EGS) |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Former National Security Officials for leave to file amicus curiae brief in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss, it is hereby

**ORDERED** that the Motion of Former National Security Officials for leave to file amicus curiae e-brief in support of Plaintiffs is **GRANTED**.

Dated: November __, 2017　　　　　　_____
Washington, D.C.　　　　　　　　　　EMMET G. SULLIVAN
　　　　　　　　　　　　　　　　　　United States District Judge