IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL,<br>Representative JOHN CONYERS, JR., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as<br>President of the United States of America,<br><br>    Defendant. | Civil Action No. 17-1154 (EGS) |

**NOTICE OF FILING HYPERLINKED E-BRIEF**

Pursuant to the Court's minute order dated July 14, 2017, directing the parties to file hyperlinked e-briefs in this matter, Plaintiffs hereby notify the Court that they are submitting their hyperlinked Memorandum in Opposition to Defendant's Motion to Dismiss, in PDF format on a USB drive.  The USB drive will be delivered to the Court today.

Respectfully submitted,

Dated:  November 28, 2017

/s/ Brianne J. Gorod
Brianne J. Gorod

Elizabeth B. Wydra (DC Bar No. 483298)
Brianne J. Gorod (DC Bar No. 982075)
Brian R. Frazelle (DC Bar No. 1014116)
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
(202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org