IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., et al.,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>     *Defendant*. | No. 17-cv-1154 (EGS)<br><br>**[PROPOSED] ORDER** |

## ORDER

Upon consideration of the motion of Former Government Ethics Officers for leave to file their proposed amici curiae e-brief in support of plaintiffs, it is hereby

**ORDERED** that the motion is **GRANTED**

Dated: _____

                   _____
                   Emmet G. Sullivan
                   United States District Judge