IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>*Defendant*. | Civil Action No. 17-cv-1154 (EGS) |

**NOTICE OF FILING OF E-BRIEF, HARD COPIES, AND
USB OF ALL SUBMISSIONS BY *AMICI CURIAE*
SEPARATION OF POWERS SCHOLARS**

On November 2, 2017, Rebecca L. Brown, Harold H. Bruff, Neil Kinkopf, Christopher H. Schroeder, Peter M. Shane, Kevin M. Stack, and Peter L. Strauss ("Separation of Powers Scholars") moved for leave to file a brief as *amici curiae* in support of Plaintiffs' opposition to Defendant's Motion to Dismiss. In accordance with the Court's instructions, Separation of Powers Scholars have filed on November 28, 2017: (1) an E-Brief containing hyperlinks to any cited exhibits and points and authorities, and (2) two hard copies and one USB drive containing all submissions to the Court.

Respectfully submitted,

/s/ *Katharine Mapes*

Katharine Mapes (DC Bar No. 993784)
Anjali Patel (DC Bar No. 1000826)
Jeffrey M. Bayne (DC Bar No. 1020810)
SPIEGEL & MCDIARMID LLP
1875 Eye Street, NW
Suite 700
Washington, DC  20006
(202) 879-4000
katharine.mapes@spiegelmcd.com
anjali.patel@spiegelmcd.com
jeffrey.bayne@spiegelmcd.com

*Attorneys for Separation of Powers Scholars*

November 28, 2017

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 28th day of November, 2017, caused the foregoing documents to be electronically served through the Court's CM/ECF system.

/s/ *Katharine Mapes*
Katharine Mapes

Law Offices of:
    Spiegel & McDiarmid LLP
    1875 Eye Street, NW
    Suite 700
    Washington, DC 20006
    (202) 879-4000