IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, <br><br> Defendant. | Civil Action No. 17-1154 (EGS) |

**NOTICE OF FILING HYPERLINKED E-BRIEF**

Pursuant to the Court's minute order dated July 14, 2017, directing the parties to file hyperlinked e-briefs in this matter, *Amici Curie* Federal Jurisdiction and Constitutional Law Scholars hereby notify the Court that they are submitting their hyperlinked Motion for Leave to File Brief in Support of Plaintiffs, in PDF format on a USB drive. The USB drive will be delivered to the Court today.

Respectfully submitted,

Dated:  November 28, 2017

/s/ Corey W. Roush
Corey W. Roush

Corey W. Roush (DC Bar No. 466337)
G. Michael Parsons (DC Bar No. 1021454)
1333 New Hampshire Ave. NW
Washington, D.C. 20036
Tel:  202-887-4000
Fax:  202-887-4288

*Counsel for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2017, I caused a true and correct copy of the foregoing to be served on all counsel of record through the Court's CM/ECF system.

/s/ Corey W. Roush
Corey W. Roush