IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>*Defendant*. | No. 17-cv-1154-EGS |

## NOTICE OF FILING

Defendant hereby provides notice that, pursuant to the Court's minute order dated July 14, 2017, he has submitted to the Court a USB drive containing electronic versions of Defendant's Motion to Dismiss, ECF No. 15, and Defendant's Reply in Support of Motion, ECF No. 28, with hyperlinks to cited authorities.

Dated:  November 28, 2017              Respectfully submitted,

                                       CHAD A. READLER
                                       Principal Deputy Assistant Attorney General

                                       BRETT A. SHUMATE
                                       Deputy Assistant Attorney General

                                       JENNIFER D. RICKETTS
                                       Director, Federal Programs Branch

                                       ANTHONY J. COPPOLINO
                                       Deputy Director

                                       /s/ *Jean Lin*
                                       JEAN LIN
                                       Special Counsel
                                       JAMES R. POWERS

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Phone: (202) 514-3716
Fax: (202) 616-8202
Email: jean.lin@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on November 28, 2017, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      /s/ *Jean Lin*
      JEAN LIN