IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL,<br>Representative JOHN CONYERS, JR., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP,<br>in his official capacity as President of the United States of America,<br><br>      Defendant. | No. 17 Civ. 1154-EGS |

**NOTICE OF FILING HYPERLINKED E-BRIEF**

   Pursuant to the Court's July 14, 2017 Minute Order directing the parties, including those seeking leave to file an *amicus curiae* brief, to file hyperlinked e-briefs in this matter, *Amici Curiae* Scholar Seth Barrett Tillman and Judicial Education Project hereby notify the Court that they have submitted their hyperlinked brief in support of the defendant in PDF format on a USB drive. The USB drive was delivered to the Court today.

Dated: November 28, 2017      Respectfully submitted,

               By: /s/ Robert W. Ray
                  Robert W. Ray
                  D.C. Bar No. 401377
                  THOMPSON & KNIGHT LLP
                  900 Third Avenue, 20th Floor
                  New York, New York 10022
                  Telephone: (212) 751-3349
                  Email: robert.ray@tklaw.com
                  *Co-Counsel for Amicus Curiae Scholar Seth Barrett*
                  *Tillman and the Judicial Education Project*