# HYPERLINKS TO ANY CITED EXHIBITS AND POINTS OF AUTHORITIES WILL BE FURNISHED UPON REQUEST

**Please send your request to the following:**

Robert W. Ray, Esq.
D.C. Bar No. 401377
Thompson & Knight LLP
900 Third Avenue, 20th Floor
New York, New York 10022
(212) 751-3347 Telephone
Email:  robert.ray@tklaw.com
Co-Counsel for Amicus Curiae Scholar Seth Barrett Tillman
   and The Judicial Education Project