IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., *et al.*, <br><br>            Plaintiffs, <br><br>      v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, <br><br>            Defendant. | Civil Action No. 17-1154 (EGS) |

**NOTICE OF FILING**

On November 2, 2017, former Members of the United States Congress Michael Barnes, Leonard Boswell, Barbara Boxer, Bob Carr, Tom Coleman, Mickey Edwards, Lee Hamilton, Tom Harkin, Gary Hart, Bob Inglis, Carl Levin, Brad Miller, George Miller, Philip Sharp, Chris Shays, Peter Smith, Mark Udall, Henry Waxman, and Dick Zimmer filed a motion for leave to participate as amici curiae, together with a proposed brief.  Proposed amici on November 27, 2017, submitted two hard copies of these submissions together with a USB drive containing PDF copies of the document with hyperlinks to cited authorities.

                                                            Respectfully submitted,

Date: November 28, 2017          By:      /s/ *Sean H. Donahue*
                                                            Sean H. Donahue
                                                            Susannah L. Weaver
                                                            Donahue & Goldberg, LLP
                                                            1111 14th Street, N.W., Suite 510A
                                                            Washington, D.C. 20005

                                                            *Counsel for Amici Curiae*
                                                            *Former Members of Congress*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2017, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Sean H. Donahue*