## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, *et al.*, <br><br>      *Plaintiffs*, <br><br>   v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br>      *Defendant*. | No. 17-cv-1154-EGS |

### DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Donald J. Trump, President of the United States, respectfully notifies the Court of the recent decision in *Citizens for Responsibility and Ethics in Washington, et al. v. Trump*, No. 17 Civ. 458 (GBD) (S.D.N.Y. Dec. 21, 2017), a case similarly challenging the President's conduct under the Foreign Emoluments Clause of the Constitution.  A copy of the decision is attached hereto as Exhibit A.  The district court dismissed the case for lack of jurisdiction, holding that each of the plaintiffs lacked standing, that the claims of plaintiffs affiliated with hospitality establishments were outside of the Foreign and Domestic Emoluments Clauses' zone of interests, and that the plaintiffs' Foreign Emoluments Clause claims presented a nonjusticiable political question.  *See* Ex. A at 10–29.

Dated:  December 22, 2017

               Respectfully submitted,

               CHAD A. READLER
               Principal Deputy Assistant Attorney General

               BRETT A. SHUMATE
               Deputy Assistant Attorney General

               JENNIFER D. RICKETTS
               Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Jean Lin*
JEAN LIN
Special Counsel
JAMES R. POWERS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Phone: (202) 514-3716
Fax: (202) 616-8202
Email: jean.lin@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2017, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

_/s/ Jean Lin_
JEAN LIN