# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND  20770  
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: The District of Columbia et al. v. Trump  
Civil No. PJM 17-1596

DATE: November 28, 2017

\* \* \*

On November 14, 2017, several Motions for Leave to File *Amici Curiae* Briefs in Support of Plaintiffs' Opposition to Defendant's Motion to Dismiss were filed. They include briefs from: Former Government Ethics Officers (ECF No. 50); Sarah P. Chayes (ECF No. 55); Administrative Law, Constitutional Law, and Federal Courts Scholars (ECF No. 56); Former National Security Officials (ECF No. 57); and Certain Legal Historians (ECF No. 58). Because Plaintiffs have consented to the filing of the briefs and Defendant has taken no position, the Motions, ECF Nos. 50, 55, 56, 57, 58, are **GRANTED.**

A hearing on Defendant's Motion to Dismiss is set for January 25, 2018. The Motions requesting leave to file the *amici curiae* briefs were all accompanied by the proposed briefs. Accordingly, the deadline to respond to any *amici curiae* brief is December 29, 2017. Any party that wishes to file a reply must do so by January 16, 2018.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/  
PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

cc: Court File