# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| THE DISTRICT OF COLUMBIA and State of MARYLAND,<br><br>       *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>       Defendant. | No. 8:17-CV-01596-PJM |

## MOTION FOR CLARIFICATION

Amici Curiae Scholar Seth Barrett Tillman and the Judicial Education Project (Amici) respectfully move for clarification of this Court's November 28, 2017, Order [ECF No. 63]. The order provides, in part:

> The Motions requesting leave to file the amici curiae briefs were all accompanied by the proposed briefs. Accordingly, the deadline to respond to any amici curiae brief is December 29, 2017. Any party that wishes to file a reply must do so by January 16, 2018.

We respectfully submit two questions for this Court's consideration:

1. Does this order invite Amici Curiae supporting the Defendant to respond to "any amici curiae brief" supporting the Plaintiffs by December 29, 2017?
2. Does this order invite Amici Curiae supporting the Plaintiffs ("Any party") to file a reply on January 16, 2018, to any response filed by Amici Curiae supporting the Defendant on December 29, 2017?

Undersigned counsel are grateful for the Court's consideration of this motion.

Dated: Baltimore, Maryland
   December 11, 2017

Respectfully submitted,

By:

/s/ Jan I. Berlage
Jan I. Berlage
Gohn Hankey Stichel & Berlage LLP
201 North Charles Street
Suite 2101
Baltimore, Maryland 21201
Tel. (410) 752-1261
JBerlage@ghsllp.com

Robert W. Ray
 Admission *pro hac vice* pending
THOMPSON & KNIGHT LLP
900 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 751-3349
Email: robert.ray@tklaw.com
*Co-Counsel for Amicus Curiae*
*Scholar Seth Barrett Tillman*

Josh Blackman
 Admission *pro hac vice* pending
1303 San Jacinto Street
Houston, Texas 77002
Telephone: (202) 294-9003
Email: Josh@JoshBlackman.com
*Counsel for Amicus Curiae*
*Scholar Seth Barrett Tillman*

Carrie Severino
 Admission *pro hac vice* pending
Judicial Education Project
722 12th St., N.W., Fourth Floor
Washington, D.C. 20005
Telephone: (571) 357-3134
Email: carrie@judicialnetwork.com
*Counsel for Amicus Curiae*
*Judicial Education Project*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2017, I caused a true and correct copy of the foregoing to be served on all counsel of record through the Court's CM/ECF system.

/s/ Jan I. Berlage
Jan I. Berlage, Esq.