**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Senator RICHARD BLUMENTHAL,                          No. 17 Civ. 1154-EGS
Representative JOHN CONYERS, JR., et al.,

                          Plaintiffs,

v.

DONALD J. TRUMP,
in his official capacity as President of the United
States of America,

                          Defendant.

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on April 13, 2018, I caused a true and correct copy of the Motion for

Clarification by Amici Curiae Scholar Seth Barrett Tillman and the Judicial Education Project

with Exhibits [**ECF No. 48**] to be served on all counsel of record through the Court's CM/ECF

system.


                    By:  /s/ Robert W. Ray
                         Robert W. Ray
                         D.C. Bar No. 401377
                         THOMPSON & KNIGHT LLP
                         900 Third Avenue, 20th Floor
                         New York, New York 10022
                         Telephone: (212) 751-3349
                         Email: robert.ray@tklaw.com
                         *Co-Counsel for Amicus Curiae*
                         *Scholar Seth Barrett Tillman*