# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, <br><br> Defendant. | No. 17 Civ. 1154-EGS <br><br> **[PROPOSED ORDER]** |

## ORDER

Upon consideration of the Motion of scholar Seth Barrett Tillman and Judicial Education Project for leave to be heard at oral arguments, it is hereby

**ORDERED** that the motion is **GRANTED**.


Dated: May __, 2018                  _____
     Washington, D.C.                     EMMET G. SULLIVAN
                                          United States District Judge