# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JOHN CONYERS, JR., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> *Defendant*. | No. 17-cv-1154-EGS |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record, please take notice of the appearance of the following counsel for the Defendant:

Brett A. Shumate
U.S. Department of Justice
Civil Division
950 Pennsylvania Ave.
Washington, DC 20530
Phone: (202) 514-2331
Email: Brett.A.Shumate@usdoj.gov

Dated: June 4, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

*/s/ Brett A. Shumate*
BRETT A. SHUMATE (D.C. Bar #974673)
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division
950 Pennsylvania Ave.
Washington, DC 20530
Phone: (202) 514-2331
Email: Brett.A.Shumate@usdoj.gov
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2018, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ *Brett Shumate*
                                          Brett Shumate