**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
Senator RICHARD BLUMENTHAL,    )
et al.,                        )
                               )
          Plaintiffs,          )
                               )
     v.                        ) Civil Action No. 17-1154 (EGS)
                               )
DONALD J. TRUMP, in his official )
capacity as President of the   )
United States,                 )
                               )
          Defendant.           )
_____)
```

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Court finds that plaintiffs have standing to sue the President for allegedly violating the Foreign Emoluments Clause of the United States Constitution. It is hereby

**ORDERED** that the motion to dismiss is **DENIED IN PART** and **DEFERRED IN PART**. The Court will schedule a motion hearing should it determine one to be necessary to resolve the remaining issues.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            September 28, 2018**