# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>    Defendant. | Civil Action No. 17-cv-1154-EGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Brett A. Shumate hereby withdraws his appearance on behalf of Defendants in the above-captioned case because I will be leaving the Department of Justice. The President will continue to be represented by other attorneys at the Department of Justice.

DATED: April 11, 2019

*/s/ Brett A. Shumate*
BRETT A. SHUMATE (D.C. Bar #974673)
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Ave, NW
Washington, DC 20530
Telephone: (202) 514-2331
Email: Brett.A.Shumate@usdoj.gov