**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
Senator RICHARD BLUMENTHAL,   )
et al.,                       )
                              )
            Plaintiffs,       )
                              )
        v.                    )Civil Action No. 17-1154 (EGS)
                              )
DONALD J. TRUMP, in his official )
capacity as President of the  )
United States,                )
                              )
            Defendant.        )
_____)
```

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Court finds that: (1) plaintiffs have stated a claim against the President for allegedly violating the Foreign Emoluments Clause; (2) plaintiffs have a cause of action to seek injunctive relief against the President; and (3) the injunctive relief sought is constitutional. It is hereby

**ORDERED** that the motion to dismiss is **DENIED IN PART** as to the portions of the motion to dismiss that were deferred in the Court's September 28, 2018 Order.

**SO ORDERED.**

Signed:    **Emmet G. Sullivan**
           **United States District Judge**
           **April 30, 2019**