THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>*Defendant*. | No. 17-cv-1154-EGS |

### [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time to Answer and to File Local Civil Rule 16.3 Report and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall file his Answer to the Amended Complaint, and the parties shall file their Local Civil Rule 16.3 report, on or before May 28, 2019.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
United States District Judge