# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>        *Defendant*. | No. 17-cv-1154-EGS |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Bradley P. Humphreys of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of Defendant.

Dated:  May 8, 2019                    Respectfully submitted,

                         JOSEPH H. HUNT
                         Assistant Attorney General

                         JAMES M. BURNHAM
                         Deputy Assistant Attorney General

                         JENNIFER D. RICKETTS
                         Director, Federal Programs Branch

                         ANTHONY J. COPPOLINO
                         Deputy Director

                         /s/ *Bradley P. Humphreys*
                         BRADLEY P. HUMPHREYS
                         Trial Attorney
                         U.S. Department of Justice
                         Civil Division, Federal Programs Branch
                         1100 L Street, NW
                         Washington, DC 20005

Phone: (202) 305-0878
Fax: (202) 616-8202
Email: Bradley.Humphreys@usdoj.gov