# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> *Defendant*. | No. 17-cv-1154-EGS |

## DEFENDANT'S MOTION FOR CERTIFICATION OF THE COURT'S APRIL 30, 2019 ORDER PURSUANT TO 28 U.S.C. § 1292(b) AND FOR STAY

Defendant Donald J. Trump, President of the United States, hereby moves for certification of the Court's April 30, 2019 Order, ECF No. 66, for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). The President also moves for a stay of all proceedings pending the Court's consideration of this motion, as well as his pending motion, ECF No. 60, for certification of the Court's September 28, 2018 Order for interlocutory appeal. The President further moves for a stay of all proceedings pending the appeal, if certification is granted.

The grounds for this motion are set forth in the accompanying Supplemental Brief, filed pursuant to the Court's Minute Order of April 30, 2019.

Dated: May 14, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Jean Lin*
JEAN LIN
Special Counsel
JAMES R. POWERS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone: (202) 514-3716
Fax: (202) 616-8202
Email: jean.lin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2019, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jean Lin*
JEAN LIN