# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>*Defendant*. | No. 17-cv-1154-EGS |

## [Proposed] ORDER

Upon consideration of Defendant's motions for certification of the Court's September 28, 2018 and April 30, 2019 Orders pursuant to 28 U.S.C. § 1292(b), and for stay, as well as Plaintiffs' oppositions thereto, it is hereby

**ORDERED** that Defendant's motions for certification and for stay are **GRANTED**; and it is further

**ORDERED** that the Court's September 28, 2018 and April 30, 2019 Orders, ECF Nos. 58, 66, are hereby certified for interlocutory appeal to the U.S. Court of Appeals for the D.C. Circuit pursuant to 28 U.S.C. § 1292(b); and it is further

**ORDERED** that all proceedings in this lawsuit are **STAYED** pending resolution of the interlocutory appeal.

**SO ORDERED**.

_____
EMMET G. SULLIVAN
United States District Judge
District of Columbia