# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>*Defendant*. | No. 17-cv-1154-EGS |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, James R. Powers of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of Defendant.

Dated: May 15, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *James R. Powers*
JAMES R. POWERS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

                1100 L Street, NW
                Washington, DC  20005
                Phone: (202) 353-0543
                Email: james.r.powers@usdoj.gov