# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, et al., | No. 17 Civ. 1154-EGS |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER** |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, | |
| Defendant. | |

Upon consideration of the Motion of scholar Seth Barrett Tillman and Judicial Education Project for leave to file an *amicus curiae* brief in support of Defendant, it is hereby

**ORDERED** that the motion is **GRANTED**.

Dated: May __, 2019
Washington, D.C.

_____
EMMET G. SULLIVAN
United States District Judge