IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JERROLD NADLER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, <br><br> Defendant. | Civil Action No. 17-1154 (EGS) |

### [Proposed] ORDER

Upon consideration of Plaintiffs' motion for leave to file a surreply in opposition to Defendant's motion for a stay, it is hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

Date:  June \_\_\_, 2019 

_____
Hon. Emmet G. Sullivan
United States District Judge