UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Senator RICHARD BLUMENTHAL,
Representative JERRY NADLER, et al.
Plaintiffs

JEFFREY CUTLER

Joiner Plaintiff

v.

DONALD J. TRUMP in his official capacity as President of United States of America.

Defendant

**CASE NO. 1:17-cv-01154**

**MOTION TO ENFORCE VIOLATIONS OF THE LAW AND UNITED STATES CONSTITUTION AMMEND 1**

Here comes Jeffrey Cutler, acting pro se, respectfully motions to join this case against ALL defendants to enforce violations of the law and violations of the United States Constitution Ammend 1. Mr. Cutler was elected to public office of Tax Collector for East Lampeter Township, Lancaster County Pennsylvania in November 2013, by his own 1 write in vote and by getting marble #2 in a tie-breaking drawing. After taking the Oath Of Office, and on December 31, 2013 he filed a Pro se lawsuit (1:13-cv-2066) in this court challenging Obamacare, to preserve the constitution and the first ammendment, because he felt the law violates the establishment clause because he is Jewish. Mr. Culer made what he considered a large contribution to the American Freedom Law Center to assist him with the appeal (14-5183), and they took the case all the way to the Supreme Court as case 15-632, after the appeals court declared his appeal valid on Aug 14, 2015.
<ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/</ref>

Mr. Cutler has tried to get the merits of the WRIT of of Certiorari composed for case 15-632 to case 19-10011 (Fifth Circuit Court of Appeals) via case 5:19-cv-00834 via express mail (Tracking #EE453480741US) and it was destoyed by the clerk's office (OBSTRUCTION OF JUSTICE). The following week Mr. Cutler aranged to have the document presented in person in New Orlens, LA (on March 7, 2019.) . On May 20, 2019 Mr. Cutler gave 2 documents to the clerk at the district court in Philadelphia. One document was from Ken Krieger case 2:18-cv-05929 and the other was from Jeffrey Cutler's case number 5:19-cv-00834 (Cutler v.

Pelosi, et al.). The document for case 5:19-cv-00834 was an affidavit of sevice for Brian Sims (a Pennsylvania State Representative that in his Offucial capacity had posted an eight minute video of himself trying to prevent a woman from praying outside the planned parenthood office on Spruce street as well as the daughters of Ashley P. Garecht, **and he was proud of actually violating the United States Constitution, Ammend 1**). The actual document for the case of Cutler v. Pelosi 5:19-cv-00834 was destroyed (**Obstruction of Justice**). Mr Krieger had done the actual service to Mr. Sims office in Philadelphia on May 15, 2019. As retaliation against Mr, Krieger, his Social Security Disability payments were **terminated** as of **June 1, 2019** based on a letter mailed **May 31, 2019**. Persons have willfully and deliberately conspired to retaliate against Mr. Krieger to continually harrass him for being Jewish. Mr. Krieger a former Philadelphia Police Officer wounded 3 times by gun fire while an officer, resigned because of PTSD this caused. He gets no pension from Philadelphia, and no other compensation other than the minor award he was awared as the subject of civil federal lawsuit called KRIEGER v. PHILADELPHIA, et al. identified as case number 2:01-cv-02373, and was settled on the day the the trial was to start. As the victorious party in this lawsuit he has experienced significant unexplained monitoring and intrusion including theft of his wallet, cell phone problems due to properties enabled by Google LLC in conjunction with members of the DEEP STATE and the FBI, his vehicle towed twice and previosly held for ransome by the

Philadelphia Parking authority, based on unverified parking tickets. It has been published that the new payroll system in Philadelphia is defective <ref> https://www.philly.com/news/one-philly-lawsuit-labor-unions-philadelphia-city-hall-payroll-paycheck-20190502.html </ref>. Based on meeting Mr. Jeffrey Cutler, Mr. Krieger has realized he may be a target of the Klu Klux Klan, as well as other elected officials who may be working with the KLAN or related organization. Mr. Cutler was removed from an elected office based on perjured testimony, had a bank account robbed (18 USC § 2113) of about one million dollars, his mail stolen, 100% of his life long possesions stolen by Police of East Lampeter Township he believed to be members of the Klu Klux Klan. East Lampeter Township had previously been accused of fabricating evidence in the trial of Lisa Michelle Lambert when federal Judge Stewart Dalzell released her from prison. Mr. Cutler identified willful faults in the new real estate tax system used by Lancaster County and persons that may be responsible for being secrectly members of the Klu Klux Klan. The system used to peddle Obamacare by the federal government had significant flaws. Based on Mr. Krieger being asked to serve papers (the federal Summons) to Representative Brian Sims (in his Philadelphia office at 1015 Chestnut Street) for case 5:19-cv-00834 on 15MAY2019 in his official capacity as an elected representative of the Commonwealth of Pennsylvania, he has also realized that persons in the Commonwealth of Pennsylvania have violated Amendment 1 of the United States Constitution, and are **PROUD** of it by posting an **8 minute video** documenting the

event. Mr. Cutler stated these activities were in furtherance of a federal crimes of bank robbery (18 USC § 2113) and perjury (18 USC § 1001). On March 1, 2019 it was also discovered, by Mr. Cutler while helpng Mr. Krieger get his car the first time that East Lampeter Township, in Conjunction with High Inc. conspired together to destroy additional evidence of a Hate Crime that was identified to the FBI as possibly being related to crimes committed by Mr. Robert Bowers for the murder of 11 Jewish individuals in case 2:18-cr-00292 (Western District of Pennsylvania). On 01MAR2019 the documents filed in USCA case #19-10011 Fifth Circuit (Obaamacare Constitutional Case) were delivered by Express Mail (Tracking #EE453480741US). The clerk's office in New Orleans told Jeffrey Cutler they **DESTROYED THE DOCUMENTS**. This is an example of **REAL OBSTRUCTION OF JUSTICE**, unlike the alleged kind expressed by news outlets throuhout the United States against the president of the United States. On 07MAR2019 Jeffrey Cutler had it filed in PERSON in New Orleans fifth Circuit. It stated that in the document that "The petitioner, Jeffrey Cutler, acting pro se, respectfully identifies that Nancy Pelosi made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. During a speech at the National Association of Counties' annual Legislative Conference on 9 March 2010, in Washington D.C.

<ref>https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref> she stated "We have to pass the bill to find out what is in it". The petitioner "found out what was in it" and filed a Pro se lawsuit 31DEC2013 in Wasington, DC case 1:13-cv-2066. He also via lawyers hired had previously filed a Writ of Certiorari for the Supreme Court of the United States (15-632) and inserted that same writ of of Certiorari in United States Court of Appeals case 17-2709, page 314A. The individual mandate of Obamacare violates the United States Constitution Ammend 1.

WHEREFORE, for all the foregoing reasons, petitioner respectfully requests that this Court Declare Obamacare UNCONSTITUTIONAL, during an immediate ENBANC review of this case.

Respectfully submitted,

Jeffrey Cutler, pro se

Also on May 13, 1985 the FBI furnished 2 bombs to the Democratic party that were used to MURDER 5 BLACK children (ages 7-13). Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see

<ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/</ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres</ref>

<ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref>

Wikipedia (which should be identified as the Wikimedia foundation) has used federal taxpayer money (to track and censor Mr. Cutler) and violate his civil rights

with persons outside and in the United States, to try and conceal crimes against individuals and property. On 16MAY2019 the story published in the Philadelphia Daily News about Mr. Sims, failed to mention he is now part of case number # 5:19-cv-00834. This is despite the parent organization is also part of the same lawsuit, that had been legally served the papers, and additionally has had a lawyer file motions in the case and the author of the article was emailed a copy of the documents involved, and **MALICIOUSLY** failed to correct the error. The president of the United States calls this **FAKE NEWS**!!

The courts have affirmed, it must "afford a liberal reading to a complaint filed by a *pro se* plaintiff," particularly when the plaintiff has no formal legal training or education. *Klayman v. Zuckerberg*, 753 F.3d 1354, 1357 (D.C.Cir. 2014); *see also Erickson v. Pardus*, 551 U.S. 89, 94 (2007) ("A document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers.") (internal quotations and citations omitted).

**WHEREFORE**, for all the foregoing reasons, and the documented murders of 3 federal employees by Mr. Cutler (Jonnathan Luna, Beranton Whisenant, and Justin Zemser) 5 children on May 13, 985 and significant discrimination against other Jewish individuals (11 murdered by Robert Bowers 2:18-cr-00292), (discrimination by police in Philadelphia polce department against Jewish Police officers 2:18-cv-05029) , the

books <ref> https://www.amazon.com/Love-Murder-Corruption-Lancaster-County/dp/1933822880 </ref>,

"BLACK KLANSMAN" , newspapers and other agencies in pennsylvania including the Philadelphia Department of Aging. Jeffrey Cutler, respectfully requests that this Court order the defendendant to provide all emails, phone records, text messages, etc. of all persons that were engaged in trying to obstruct justice and harm Mr. Cutler and Mr. Krieger and prosecute them to the full extent of the law and other remedies the court deems appropiate. Philadelphia and other cities have documented posts on facebook and other social media sites about trully racist comments which were provided by Injustice Watch, a nonprofit news organization working on a story about the Plain View Project. These individuals may be members of the Klu Klux Klan, an organization which was outlawed by the United States Government in 1871 and codefied as 42 U.S.C. § 1983.
https://www.inquirer.com/news/philadelphia-police-facebook-posts-racist-offensive-investigation-training-20190606.html.

On June 6, 2019 the president gave a speech that mentioned a Mr. Lambert and Omaha beach. Lisa Michelle Lambert has been unjustly incarceraed for over 25 years after being raped by police and Seth Rich a Jewish Individual from Omaha who died July 10, 2016 is mentioned on August 16, 2016 in the filing in Philadelphia United States Court of Appeals for the Third Circuit case 16-3164 by Jeffrey Cutler.

Respectfully submitted,

DATE: 10 JUN 2019

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

## PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGMENT

AND NOW, this______ day of ____________, 2019 upon consideration Plaintif's Motion for Default Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED. SO ORDERED.

[1] Order all vandalism perpetuated against Mr. Krleger and Mr. Cutler to be compensated, and listed.

[2] Order Courts to reveal all persons or individuals that have expressed interest in this case and all other linked members in other counties, states, especially any officials of the Pennsylvania Government or the United States Government, and all payments by any George Soros organizations.

[3] Order the Democratic National Committee as well the Commonwealth of Pennsylvania to also show why they are not a party to Religious discrimination, and in the Commonwealth of Pennsylvania.

[4] Order all documents related to this matter be produced and listed.

[5] Stay any other matters in this case until persons charged with the crimes are fully prosecuted.

[6] Hold hearing under Oath about the Death of Jonathan Luna with, Robert Mueller, James Comey, Andrew McCabe and April Brooks

[7] Order the United States Government to stop collecting or accessing penalties **FOR FAILURE** to ***comply with established tenets or teachings of such sect or division of ANY religion*** **in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional** , and based on the 89 page writ of Certiorari, USCA case 17-2709 on page 314A, and Supreme court case # 15-632.

Dated: ____, 2019______

______________________________
BY THE COURT

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Senator RICHARD BLUMENTHAL,
Representative JERRY NADLER, et al.
Plaintiffs

JEFFREY CUTLER

Joiner Plaintiff

v.

DONALD J. TRUMP in his official capacity as President of United States of America.

Defendant

**CASE NO. 1:17-cv-01154**

## CERTIFICATE OF SERVICE

RECEIVED
Mail Room
JUN 12 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## CERTIFICATE OF SERVICE

I Jeffrey Cutler, do hereby certify that I as of this day I have correctly served a copy of,

Plaintiff's MOTION TO JOIN COMPLAINT dated 06/10/2019 to Defendants and Other

Plaintiffs via the cm/ecf system. I also certify that all parties of case # 1:17-cv-01154 are part

of the cm/ecf system.

Respectfully submitted,

DATE: 10 JUN 2019

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405