# ADDENDUM

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 14-5183**                                **September Term, 2014**

FILED ON: AUGUST 14, 2015

JEFFREY CUTLER,

APPELLANT

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,

APPELLEES

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:13-cv-02066)

———

Before: HENDERSON, ROGERS and MILLETT, *Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel.  On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be reversed as to Cutler's standing to press his Establishment Clause challenge, and be affirmed both as to the merits of his Establishment Clause claim and his lack of standing to press his equal protection challenge, in accordance with the opinion of the court filed herein this date.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:     /s/
Ken Meadows
Deputy Clerk

Date: August 14, 2015

Opinion for the court filed by Circuit Judge Millett.



celebrations-external@lnpnews.com                    9:58 PM (14 hours ago)

to me

# LancasterOnline
## THANK YOU for your ad submission!

This is your confirmation that your order has been submitted. Below are the details of your transaction. Please save this confirmation for your records.

## Job Details

| | |
|---|---|
| Order Number: | W0022669 |
| Classification: | Memoriams |
| Package: | In Memoriam |
| Total Cost: | $65.00 |
| Payment Type: | Mastercard |

## Account Details

Jeffrey Cutler
P.O. BOX 2806
YORK, PA 17405
215-872-5715
eltaxcollector@gmail.com
Credit Card - Mastercard ************4103

## Schedule for ad number W00226690

Fri Sep 1, 2017
**Lancaster Celebrations** *All Zones*



IN LOVING MEMORY OF
SERGEANT IRVING CUTLER

Irving Cutler died July 13, 1942 defending the Constitution of the United States Sergeant Irving Cutler died when his B-24 was shot down after leaving Libya. Irv was awarded the Silver Star and Purple Heart. His nephew Jeffrey Cutler the Tax Collector of East Lampeter Township memorialized the 75th anniversary of his uncle's sacrifice on page 2 of the filing made July 14, 2017 in case # 2:17-cv-00984 trying to protect the public from 190,000 counts of Mail Fraud. More information can be found at https://www.youtube.com/watch?v=mgC1o8F_zUk



CENSORED 30AUG2017

## KIA and MIA

www.armyaircorps-376bg.com/kia_mia.html

MIA, Benghazi, Libya, July 13, 1942: Officers ... Cutler, Irving (NMI) 13027278 Radio Operator .
Messina, Sicily, July 14, 1943 ** This was a 389th BG plane.

DATE 29AUG2017

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date:  May 31, 2019
BNC#:  19T2082J96849-HA

0027339  00089042     1 AB  0.412 0524M1T2R2PN T247 P12
KENNETH M KRIEGER
7626 BROCKTON RD
PHILADELPHIA PA 19151-2826

1-484-433-7539

We are writing to you about your Social Security benefits.

**What You Should Know**

You no longer qualify for Social Security benefits beginning June 2019.

**If You Disagree With The Decision**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal in writing.

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561. You may go to our website at www.socialsecurity.gov/online/ to find the form SSA-561. You can also contact us by phone, mail, or come into an office to request the form. If you need help to fill out the form, we can help you by phone or in person.

C

See Next Page

## If You Want Help With Your Appeal

You may choose to have a representative help you.  We will work with this person just as we would work with you.  If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee only if you receive benefits.  Others may represent you for free.  Usually, your representative may not charge a fee unless we approve it.  Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing.  You may use our Form SSA-1696 "Appointment of Representative."  Any local Social Security office can give you this form.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).



## If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security.  If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-445-9977.  We can answer most questions over the phone.  If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778.  You can also write or visit any Social Security office.  The office that serves your area is located at:

> SOCIAL SECURITY
> 4240 MARKET STREET
> PHILADELPHIA, PA 19104

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.  Also, if you plan to visit an office, you may call ahead to make an appointment.  This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY CUTLER )
)
Plaintiff )    **CASE NO. 5:19-cv-00834**
)
v. )
)
NANCY PELOSI IN HER OFFICIAL
CAPACITY AS SPEAKER OF THE
HOUSE OF REPRESENTATIVES )
CITIZENS BANK, )    JURY TRIAL DEMANDED
FULTON BANK, )
WIKIPEDIA FOUNDATION, )
VERIZON CORPORATION, )
GOOGLE CORPORATION, )
ERIE INSURANCE, )
STATE FARM INSURANCE, )
LEMBERG LAW LLC, )
FORD MOTOR COMPANY, )
MANHEIM SCHOOL DISTRICT, )
HAVERFORD POLICE
DEPARTMENT, )
PHILADELPHIA NEWSPAPERS INC, )
ASSOCIATED PRESS, )
U.S. NEWS AND WORLD REPORTS, )
BEND BULLETIN NEWSPAPER, )
)
And )
JOHN DOES and JANE DOES, )
)
Defendants )

**FILED**
MAY 20 2019
KATE BARKMAN, Clerk
By_____
Dep. Clerk

## AFFIDAVIT AND CERTIFICATE OF SERVICE

# AFFIDAVIT AND CERTIFICATE OF SERVICE

I Jeffrey Cutler, do hereby certify that I as of this day I have caused correctly served a copy of

federal **SUMMONS IN CIVIL ACTION** dated 02/26/2019, Plaintiff's COMPLAINT dated

02/26/2019 and Plaintiff's MOTION TO CONSOLIDATE CASES dated 03/11/2019 to

Defendants as addressed and specified below via direct service with an individual over 18

years old. (Brian Sims Served 15MAY2019), (MICHAEL SHIRK Served 20MAY2019)

JOHN DOE SUMMONS
IN HIS OFFICIAL CAPACITY
PA STATE REPRESENTATIVE
Brian K. Simms
1015 Chestnut Street, Suite 1101
Philadelphia, PA 19107

JOHN DOE SUMMONS
HIGH COMPANIES
MICHAEL SHIRK, CEO
1853 William Penn Way
Lancaster, PA 17601

Date: 20MAY2019

Jeffrey Cutler, *pro se*
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| GOZALEZ & REZNIK | ) |
| Plaintiffs | ) |
| KEN KRIEGER | ) |
| Joiner Plaintiff | ) **CASE NO. 2:18-cv-05029** |
| v. | ) |
| CITY OF PHILADELPHIA, et al. | ) JURY TRIAL DEMANDED |
| Defendants | ) |

## MOTION TO JOIN CASE AND COMBINE CASES 2:19-cv-01001 as well as case 2:19-CV-01540 (XXX, et al. v. PHILADELPHIA PARKING AUTHORITY, et al.)

Here comes Kenneth Krieger, acting pro se, respectfully motions to join this case against ALL defendants as of 21MAY2019. All defendants have willfully and deliberately conspired to retaliate against Mr. Krieger to continually harrass him for being Jewish. Mr. Krieger a former Philadelphia Police Officer wounded 3 times by gun fire while an officer, resigned because of PTSD this caused. He gets no pension from Philadelphia, and no other compensation other than the minor award he was awared as the subject of civil federal lawsuit called KRIEGER v. PHILADELPHIA, et al. number 2:01-cv-02373. As the victorious party in this lawsuit he has experienced significant unexplained monitoring and intrusion including theft of his wallet, cell phone problems due to properties enabled by Google LLC in conjunction with members of the DEEP STATE and the FBI, his vehicle towed twice and presently held for ransome by the Philadelphia Parking authority, based on unverified parking tickets. It has been published that the new payroll system is defective <ref> https://www.philly.com/news/one-philly-lawsuit-labor-unions-philadelphia-city-hall-payroll-paycheck-20190502.html </ref>. Based on meeting Mr. Jeffrey Cutler, Mr. Krieger has realized he may be a target of the Klu Klux Klan, as well as other elected officials who may be working with the KLAN or related organization. Mr. Cutler was removed from an elected office based on perjured testimony, had a bank account robbed (18 USC § 2113) of about one million dollars, his mail stolen, 100% of his life long possesions stolen by Police of East Lampeter Township he believed to be members of the Klu Klux Klan. East Lampeter Township had previously been accused of fabricating evidence in the

trial of Lisa Michelle Lambert when federal Judge Stewart Dalzell released her

from prison.  Mr.  Cutler identified willful faults in the new real estate tax system

used by Lancaster County and persons that may be responsible for being

secrectly  members of the Klu Klux Klan.  The system used to peddle Obamacare

by the federal government had  significant flaws.  Based on Mr. Krieger being

asked to serve papers (the federal Summons) to Representative Brian Simms (in

his Philadelphia office at 1015 Chestnut Street) for case 5:19-cv-00834 on

15MAY2019 in his official capacity as an elected representative of the

Commonwealth of Pennsylvania, he has also realized that persons in the

Commonwealth of Pennsylvania have violated Amendment 1 of the United States

Constitution, and are **PROUD** of it by posting an **8 minute video** documenting the

event.  Mr. Cutler stated these activities were in furtherance of a federal crimes of

bank robbery (18 USC § 2113) and perjury (18 USC § 1001).  On March 1, 2019 it

was also discovered, by Mr. Cutler while helpng Mr. Krieger get his car the first

time that East Lampeter Township, in Conjunction with High Inc. conspired

together to destroy additional evidence of a Hate Crime that was identified to the

FBI as possibly being related to crimes committed by Mr. Robert Bowers for the

murder of 11 Jewish individuals in case 2:18-cr-00292 (Western District of

Pennsylvania).  On 01MAR2019 the documents filed in USCA case #19-10011

Fifth Circuit (Obaamacare Constitutional Case) were delivered by Express Mail

(Tracking #EE453480741US).  The clerk's office in New Orleans told Jeffrey

Cutler they **DESTROYED THE DOCUMENTS**. This is an example of **REAL**

**OBSTRUCTION OF JUSTICE**, unlike the alleged kind expressed by news

outlets throuhout the United States against the president of the United States.

On 07MAR2019 Jeffrey Cutler had it filed in PERSON in New Orleans fifth

Circuit. It stated that in the document that "The petitioner, Jeffrey Cutler,

acting pro se, respectfully identifies that Nancy Pelosi made a false statement in

court via her lawyer (Mr Donald B. Verilli Jr.) stated "[N]o one would be hurt and

the greater justice would be attained" and violated (18 USC § 1001) on

03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a

significant federal crime. During a speech at the National Association of Counties'

annual Legislative Conference on 9 March 2010, in Washington D.C.

<ref>https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref> she stated "We

have to pass the bill to find out what is in it". The petitioner "found out what was

in it" and filed a Pro se lawsuit 31DEC2013 in Wasington, DC case 1:13-cv-2066.

He also via lawyers hired had previously filed a Writ of Certiorari for the Supreme

Court of the United States (15-632) and inserted that same writ in United States

Court of Appeals case 17-2709, page 314A. The individual mandate of Obamacare

violates the United States Constitution Ammend 1.

WHEREFORE, for all the foregoing reasons, petitioner respectfully requests that

this Court Declare Obamacare UNCONSTITUTIONAL, during an immediate

ENBANC review of this case.

Respectfully submitted,

Jeffrey Cutler, pro se

Also on May 13, 1985 the FBI furnished 2 bombs to the Democratic party that

were used to MURDER 5 BLACK children (ages 7-13). Watch

https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read

comments sorted newest first. Also see

<ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-

of-health-human-services/</ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-

torres</ref>

<ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref>

Wikipedia (which should be identified as the Wikimedia foundation) has used

federal taxpayer money (to track and censor Mr. Cutler) and violate his civil rights

with persons outside and in the United States, to try and conceal crimes against

individuals and property.    On 16MAY2019 the story published in the

Philadelphia Daily News  about Mr. Simms, failed to mention he is now part of

case number # 5:19-cv-00834.  This is despite the parent organization is also part

of the same lawsuit, that had been legally served the papers, and additionally

has had a lawyer file motions in the case and the author of the article was

emailed a copy of the documents involved, and **MALICIOUSLY** failed to correct

the error.  The president of the United States calls this **FAKE NEWS**!!

The courts have  affirmed, it must "afford a liberal reading to a complaint filed by

a *pro se* plaintiff," particularly when the plaintiff has no formal legal training or education. *Klayman v. Zuckerberg*, 753 F.3d 1354, 1357 (D.C.Cir. 2014); *see also Erickson v. Pardus*, 551 U.S. 89, 94 (2007) ("A document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers.") (internal quotations and citations omitted).

**WHEREFORE**, for all the foregoing reasons, and the documented murders of 3 federal employees by Mr. Cutler (Jonnathan Luna, Beranton Whisenant, and Justin Zemser) 5 children on May 13, 1985 and significant discrimination against other Jewish individuals (11 murdered by Robert Bowers 2:18-cr-00292), (discrimination by police in Philadelphia polce department against Jewish Police officers 2:18-cv-05029) this case, the books <ref> https://www.amazon.com/Love-Murder-Corruption-Lancaster-County/dp/1933822880 </ref>,

"BLACK KLANSMAN" , newspapers and other agencies in pennsylvania including the Philadelphia Department of Aging, Ken Kreiger, respectfully requests that this Court grant the default and summary judgement as apropriate against all defendendants in favor of all plaintiffs.

Respectfully submitted,

DATE: 20 May 2019

Ken Krieger, pro se
484-433-7539 (phone)
kenkrieger@aol.com
7626 Brockton Road
Philadelphia, PA 19151

## PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGMENT

AND NOW, this_____ day of _____, 2019 upon consideration Plaintif's Motion for Default

Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.      SO

ORDERED.

[1]  Order the SUMMARY Judgment against all defendants be granted and made FINAL at ten thousand dollars per

day or as other neotiated amount.

[2]  Order all vandalism perpetuated against Mr. Krleger to be compensated, and listed.

[3]  Order Philadelphia to reveal all persons or individuals that have expressed interest in this case and all other

linked mmebers in other counties, states, especially any officials of the Pennsylvania Government or the United

States Government, and all payments by any George Soros organizations.

[4]  Order the Democratic National Committee as well the Commonwealth of Pennsylvania to also show why they are

not a party to Religious discrimination, and the Commonwealth of Pennsylvania.

[5]  Order Mr. Krieger's Vehicle be retrned and all FINES be exponged plus $ 100,000.00

[6]  Order the United States Government  to stop collecting or accessing penalties **FOR FAILURE** to ***comply with***

***established tenets or teachings of such sect or division of ANY religion*** **in violation of the U.S.**

**Constitution amendment 1 and declare the ACA unconstitutional** , and based on the 89 page writ of USCA

case 17-2709 on page 314A, and Supreme court case # 15-632.


Dated: _____, 2019_____

                                        _____

                                                BY THE COURT

# ADDENDUM

# eTIMS : PHILADELPHIA, PA

## Quick Process

| | | |
|---|---|---|
| All: | 14 | ($1577.00) |
| Open Tickets: | 13 | ($1577.00) |
| Delq Tickets: | 7 | ($741.00) |
| Marked/Held Tickets: | | ($0.00) |

QUICK PROCESS

**Customer**  Nixie ■

Krieger,Kenneth M
111 Rolling Rd
Wynnewood, PA 19096-3523

**Address Source:** Registry

**Ticket Type:** Park
Plate: PAJJH9538 08/17/2004
License: PAJT8BF28G210311675

## Financial Summary

| | |
|---|---|
| Ticket Amount: | $1577.00 |
| Fee Amount: | $0.00 |
| **Total Due:** | **$1577.00** |
| Unapplied Amt: | $0.00 |

## Customer Status

Lot Release Pending
Park
Swap
Assigned
000102952
Reg Suspend Eligible

| Ticket # | Status/Date | Issued On | ViolationCode/Description | Other Viol | Location | Fine Amt. | Penalties | Total Due |
|---|---|---|---|---|---|---|---|---|
| 487320335 | SUSPEND 05/06/2019 | 04/06/2019 05:04AM | 129131B2 FIRE HYDRANT | No | 1301 N 76TH | $76.00 | $0.00 | $76.00 |
| 486808520 | SUSPEND 05/06/2019 | 02/27/2019 07:54AM | 129132 PRIVATE PROPERTY | No | 7501 HAVERFO | $26.00 | $65.00 | $91.00 |
| 485965776 | SUSPEND 05/06/2019 | 07/20/2018 03:30PM | 1211202 UNREG/ABANDONED VEH | No | ASHURST&SHER | $301.00 | $65.00 | $366.00 |
| 485487672 | SUSPEND 05/06/2019 | 06/23/2018 10:45AM | 129162 EXPIRED TAG | No | 7700 CITY AV | $41.00 | $65.00 | $106.00 |
| 485487664 | SUSPEND 05/06/2019 | 06/23/2018 10:40AM | 129162B EXPIRED INSPECTION | No | 7700 CITY AV | $41.00 | $65.00 | $106.00 |
| 485231849 | SUSPEND 05/06/2019 | 05/22/2018 10:55AM | 129132 PRIVATE PROPERTY | No | 7501 HAVERFO | $26.00 | $65.00 | $91.00 |
| 483851358 ATY | UNPAID 12/01/2017 | 12/01/2017 09:26AM | 129132 PRIVATE PROPERTY | No | 7630 BROCKTO | $26.00 | $65.00 | $91.00 |
| 479060493 AMY | UNPAID 09/08/2016 | 09/08/2016 04:05AM | 129131C2 PARKING PROHIBITED | No | 2100 ST VINC | $41.00 | $65.00 | $106.00 |
| 479084766 AMY | UNPAID 08/07/2016 | 08/07/2016 03:14AM | 129131B2 FIRE HYDRANT | No | 7200 HANFORD | $76.00 | $65.00 | $141.00 |
| 477564355 AMY | UNPAID 02/23/2016 | 02/23/2016 07:50AM | 129131B2 FIRE HYDRANT | No | 7201 HANFORD | $76.00 | $65.00 | $141.00 |
| 598348191 AMY | UNPAID 11/26/2013 | 11/26/2013 04:14PM | 1210051 C METER EXPIRED CC | No | 300 BLK S 9TH ST ES | $36.00 | $65.00 | $101.00 |
| 598348183 AMY | UNPAID 11/26/2013 | 11/26/2013 04:11PM | 129162B EXPIRED INSPECTION | No | 300 BLK S 9TH ST ES | $41.00 | $65.00 | $106.00 |
| 597874189 AMY | PART PAY 01/06/2014 | 11/07/2013 02:26PM | 129162B EXPIRED INSPECTION | No | OPP 712 LOCUST ST NS | $41.00 | $55.00 | $55.00 |

☑ All  ☐ clear



### In The
# United States Court of Appeals
# for the Third Circuit

## 18-3693

### JEFFREY CUTLER
Appellant

v.

### ALAN SCHNITZER; EDWARD MCVEY; RICHARD S. MILLS; KIANDRA BAIR; SAM JANESH; DENNIS STUCKEY; BRIAN HURTER; MARK DALTON; DAVID BUCKWALTER; MIKE SHIRK; JUDGE DENISE CUMMINS; DAVID ZUILKOSKI
Appellees

*Appeal from the Order/Judgment entered Nov 14, 2018 in the United States District Court for the Eastern District of Pennsylvania at No. 5-17-cv-05025*

## REPLY BRIEF FOR MOTION IN OPPOSITION
## And
## HEARING ENBANC

### ORAL ARGUMENTS REUESTED

Case 1:17-cv-01154-EGS Document 79-1 Filed 06/12/19 Page 19 of 85
Case 2:17-cv-05025-CMR Document 17 Filed 08/26/19 Page 12 of 47
Case: 18-3693    Document: 003113129503    Page: 2    Date Filed: 01/09/2019

The petitioner, Jeffrey Cutler, acting pro se, respectfully requests this appeal be consolidated with the appeal for case 4:18-cv-00167-0 (UNITED STATES OF AMERICA, et al., v. CALIFORNIA, et al. from the NORTHERN DISTRICT OF TEXAS). This case is exposes on onging criminal eneterprise that has minimally existed in Lancaster Pennsylvania since December 20, 1991, when Lisa Michelle Lambert was framed for a crime she knew nothing about and subsequently cleared of the crime based on false testimony and bribes during a federal habeas corpus hearing by District Judge Stewart Dalzell .It has also minimally existed in Pennsylvania since May 13, 1985 when the FBI furnished 2 bombs to murder 5 children (ages 7-13) in Philadelphia, as a form of eviction for which not a single charge was filed or civil or criminal penalty paid by those that perpatrated the crime. As an engineer, sometimes a probem is examined starting from the conclusion and work towards the crime conception. In Philadelphia, a third party killed a child 84 months old, almost all people would call that **MURDER**. If the child had been only 83 months old, almost all people would still call that **MURDER**. If the child had been only 82 months old, almost all people would still call that **MURDER**. If the child had been only 81 months old, almost all people would still call that **MURDER**. If the child had been only 80 months old, almost all people would still call that **MURDER**. If the child had been only 79 months old, almost all people would still call that **MURDER**. At some point going towards conception, **MURDER** is called **ABORTION**.

In boolean mathamatics there are really 3 answers, **TRUE**, **FALSE**,

and **DON'T CARE** that should be applied when considered against the question

of killing a child if it is **MURDER**. Not only has perjured testimony been used

against Mr. Cutler, he has been targeted for false and maliious prosecution since he

filed case 1:13-cv-2066 December 31, 2013 (which was about the individual

Mandate).   The case of perjury as either 18 U.S. Code § 1001, or 18 U.S. Code §

1623 are federal laws.  GOD'S LAW for he who bears false witness against his

neighbor commits as grave a sin as if he had borne false witness against God.

Getting someone by blackmail, bribe, or threat of death to make claims as a false

Witness is a DEMONCRAT LAW, they were called Sonderkommandos during

WWII.  Presently in the United States the **DEMONCRAT** and **DEMOCRAT**

have "**N**" difference  between them.

This case has been about religious freedom and insurance companies

and the democratic party trying preserve OBAMACARE regardles of the harm it

has inflicted and censor all dissent to maximize profits of insurance companies.  As

of this date 2 states have re-enacted mandates for health insurance (Vermont and

New Jersey) with little or no large debate, even though federal law removed that

requirement.  It is now reported that billionaires (Reid Hoffman) have used

campaigns via the news media to target individuals (Judge Roy Moore for example
<ref> https://www.washingtonpost.com/business/technology/secret-campaign-to-use-russian-
inspired-tactics-in-2017-alabama-election-stirs-anxiety-for-democrats/2019/01/06/58803f26-0400-
11e9-8186-4ec26a485713_story.html?utm_term=.d9c380b8d5a6 </ref>) to falsley accuse
people of crimes they were did not commit. People have been sent to jail and co-

erced to make false statements made based on illegal searches or surveilence to

conceal crimes of police, FBI and elected and non-elected individuals. James

Commey (former director of the FBI) is on public record as authorizing

surveilence of individuals based on a document he knew to be false and un-verified

to secure the appointment of a special prosecuter (Robert Mueller), to help conceal

other crimes. Based on the long established doctrine in law, the Fruit of

the poisonous tree based on Silverthorne Lumber Co. v. United States, 251 U.S.

385 (1920), and Nardone v. United States (1939). This case is actually about

preserving the United States Constitution and the laws that congress have legally

passed. Per Fed. R. App. P. 35(b) and 40(a). In support of this petition, petitioner

represents the following: United States v. Foster, 1988; United States v. LaPage,

2000 violations of due process, 18 U.S. Code § 1623 - False declarations before

grand jury or court and Giglio v. United States. It also preserves 18 U.S. Code §

1001, is a crime as well as 18 USC § 2113. This case examines that

In an expressed belief, based on a reasoned and professional judgment,

that the opinion of case case 4:18-cv-00167-0 (attached as Addendum in the

previous filing) should be supported by the 89 page writ (15-632) as part of case

17-2709 page 314A support the ruling and opinion. and supported by Supreme

Court's decision in *United States v. Rita*, __ U.S. __, 127 S. Ct. 2456 (2007), as

well as the Sixth Amendment principles set out in *Cunningham v. California*, __

U.S. __, 127 S. Ct. 856 (2007), *United States v. Booker*, 543 U.S. 220 (2005), *Blakely v. Washington*, 542 U.S. 296 (2004), and *Apprendi v. New Jersey*, 530 U.S. 466 (2000), and consideration by the full Court is therefore necessary. In addition, I express a belief, based on a reasoned and professional judgment, that a full panel opinion involves a question of exceptional importance:

Based on Rule 201. Judicial Notice of Adjudicative Facts Per public notice <ref>

https://lancasteronline.com/news/local/lancaster-county-treasurer-without-insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref>

<ref> http://www.philly.com/business/tax-collector-jeffrey-cutler-east-lampeter-pa-lancaster-county-20181211.html </ref> The story as printed on December 12, 2018 has ERRORS that should be corrected. The word "CISTRICT" should be "DISTRICT" , the word "evicted" should be "ILLEGALLY EVICTED". The accounting errors were FULTON BANK RELATED, and FULTON BANK is NOW BEING USED 100% by Amber Green Martin and Amber Green Martin was never legally allowed to collect taxes until July 18, 2018 when she got a SURETY BOND.

at no time until July 18, 2018 Amber Green never was legally allowed to be assigned the collection of taxes because she failed to have a surety bond that allowed her to collect taxes. In the printed copy of the story in the Philadlphia Inquirer December 12, 2018 page 1 Amber Green Martin is quoted that Mr. Cutler never misappropriated any money and that she was involved in election fraud just like the case against Kenneth Smukler (2:17-cr-00563). These fact were known by all parties except Mr. Cutler and the entire case is based on 100% perjury from it's conception and was intended to punish Mr. Cutler for daring to challenge the Affordable Care Act and destroy his life and reputation by the Democratic party (which Mr. Mills specified in a conversation to Mr. Cutler that Mr. Mills was paid over $ 200,000.00 by the democratic party and assumed recorded) and insurance

companies that significantly benifit from the ACA. Based on a

demonstrated example of perjury in these lawsuits to also alter the voting map of

Pennsylvania. Based on Napue v. Illinois this should demand a full enbanc review.

As the courts recently affirmed, it must "afford a liberal reading to a

complaint filed by a pro se plaintiff," particularly when the plaintiff has no formal

legal training or education. Klayman v. Zuckerberg, 753 F.3d 1354, 1357 (D.C.

Cir. 2014); see also Erickson v. Pardus, 551 U.S. 89, 94 (2007) ("A document filed

pro se is to be liberally construed, and a pro se complaint, however inartfully

pleaded, must be held to less stringent standards than formal pleadings drafted by

lawyers.")

    **WHEREFORE,** for all the foregoing reasons, petitioner respectfully

requests that this Court grant the instant Petition for hearing <u>En Banc</u> and

it should be considered with USCA case 17-2709 USCA case 18-1816 and the

conclusions requested in those cases be enacted. Judge Maryanne Trump Barry and

Judge Midge Rendell should recuse themselves from this case because of conflict

of interests and relationships to persons possibly involved.

    a. The court failed to disqualify the documents from the opposing parties
for non-compliance in case 18-1816 and the entire case is based on
perjured testimony bassed on the press release of October 5, 2018 by
the League of Women Voters. <ref> https://www.lwv.org/newsroom/press-
releases/league-ceo-arrested-kavanaugh-protest </ref>

    b. East Lampeter Township assigned Tax Collection to the Lancaster
County Treasurer on Feb 23, 2017, even though they knew she never
had a surety bond and was collecting taxes illegally.

c.  They robbed 2 Fulton Bank (18 USC § 2113) accounts of Jeffrey
    Cutler on April 3, 2017 based on a note written by Judge Margaret
    Miller on March 17, 2017.

d.  A vice president of Marketing at Fulton Bank (Mark Katkovcin)
    executed the bank robbery, and committed an act of Mail Fraud on
    Sep 20, 2018 # C1884921.

e.  Persons within the courts assisted with these criminal acts.

f.  The civil rights of Brett Kavanaugh, William Henry Cosby and the
    president of the United States have been equally violated by paid
    protesters.

g.  The professional opinion of Jeffrey Cutler is based on being a
    sequestered juror on the first trial of UNITED STATES of America v.
    John H. NACRELLI. Crim. No. 78-65-.1 and an engineer with a
    degree from Drexel University.  At no time do I recall seeing Judge
    Steven O'Neill at Drexel or handing out fliers about Klu Klux Klan
    meetings.

h.  It is clear that equal protection has been violated in state and federal
    level (United Staes Constitution, Amend 14 and United Staes
    Constitutiona, Amend 5) in order to coneal crimes perpetrated by
    other public officials and destroyed the reputation of not only myself
    but General Michael Flynn based on perjury. Lisa Michelle Lambert
    has been incarcerated for over 25 years to conceal crimes committed
    by others and even the existence the office of special prosecuter was
    based on known perjured and unverified information. Based on case
    1:18-cv-02885 (Jerome Corsi v. Mueller et al.) They have also
    suborned perjury to try and target individuals.  Recently Elmer
    Daniels was released after being incarcerated for 39 years based on
    faulty science of the FBI.

i.  The Defendant-Appellees through their K3 lawyer (**K**ane, Pugh,
    **K**noell, Troy, & **K**ramer) have provided no nexus that the proposed
    solution is not legal and in the name of **Judicial Efficiency** cited in
    case 17-2709 the current government partial shutdown an immediate
    Enbanc review is warranted.  They also appear to have failed to notify
    all parties in the case, and should show evidence they sent copies of

their motions to Sam Janesh, JUDGE DENISE CUMMINS before their briefs should be considered.

j.  It is possible to destroy evidence, but the truth cannot be destroyed.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests that this Court grant the instant Petition for Panel hearing <u>En Banc</u> and support the conclusions as specified in case USCA CASE 17-2709, USCA CASE 18-1816 and also reverse the illegal actions based of Robert Mueller appointment as special prosecuter and all subsequent actions that appointment have since followed.  Judge Maryanne Trump Barry and Judge Midge Rendell should recuse themselves from this case because of conflict of interests and relationships to persons possibly involved.

Respectfully submitted,

DATE: 09 JAN 2019

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on January 09, 2019, I filed
the foregoing with the Clerk of the Court for the
United States Court of Appeals for the Third
Circuit. Participants in the case who are registered
CM/ECF users will be served by the appellate
CM/ECF system. I further certify that all of the
other participants or their lawyers in this case are
registered CM/ECF users, except Sam Janesh,
JUDGE DENISE CUMMINS who are served via
United States Mail postage prepaid.

09 JAN 2019

Jeffrey Cutler

## CERTIFICATION OF COMPLIANCE

This brief complies with the type-volume limitations of Fed. R. AP. P. 35(b)(2) and Circuit Rule 40-1 because this brief contains no more than 15 pages, excluding the parts of the brief exempted by Fed. R. AP. P. 32.

Respectfully submitted,

DATE: _09 JAN 2019_

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

# ADDENDUM

https://www.lwv.org/news-on/press-releases/league-ceo-arrested-kavanaugh-protest

**LWV**    VOTING RIGHTS    ELECTIONS    OTHER ISSUES    ABOUT US  🔍    TAKE ACTION    DONATE

HOME › NEWSROOM › PRESS RELEASES › LEAGUE CEO ARRESTED AT KAVANAUGH PROTEST

# League CEO Arrested at Kavanaugh Protest



**10/5/2018**

Washington DC – Thursday, the League of Women Voters' CEO Virginia Kase participated in the civil disobedience to protest Judge Kavanaugh and was among the activists arrested at the Capitol.

"Opposing a Supreme Court nominee was an extraordinary step for the League, and our leadership believed that we needed to back those words with action. This situation is too important to sit silently while the independence of our judiciary is threatened," said Kase, who was hired as CEO in July. "I may be new to the League, but this organization was founded by the women who fought for women's suffrage. They marched in the streets, disrupted the *status quo*, and, yes, faced arrest and punishment to advance their cause. We honor their legacy by participating in our democracy through this civil disobedience."

Last week the board of directors took bold steps for the organization in calling for a complete FBI investigation into all allegations of sexual misconduct and Thursday they went a step farther in officially urging the Senate to reject Judge Kavanaugh's nomination.

"The process of the Kavanaugh hearings is unlike anything we have seen in the League's 98 years," said Chris Carson, president of the League. "This nominee has demonstrated that he does not possess fair and unbiased judicial temperament. I am proud of Virginia and our members across the country who are standing with her."

On Thursday the League went a step farther by participating in the protests.

"I want to take the fear out of activism," said Kase. "This is our Capitol. These are our Senators. This is our government. It is an honor to participate in our democracy and to live our mission: Empowering Voters. Defending democracy."

"This is a critical moment for American women," said Carson. "This year we have seen more women running for office than ever before. With midterms a few weeks away, this is the right time and the right moment to take a stand."

Contact: Sarah Courtney | 202-263-1332 | scourtney@lwv.org



## U.S. POSTAL INSPECTION SERVICE

### Mail Fraud Complaint

**Your Information**

| | |
|---|---|
| Company Name: | JSC ASSOCIATES |
| * First Name | JEFFREY |
| * Address: | P.O. BOX 2606 |
| * City | YORK |
| * State | Pennsylvania |
| * ZIP Code: | 17405 |
| * Country: | UNITED STATES |
| Cell Phone: | (215) 972-5715 |
| Home Phone: | (717) 390-9921 |
| Email Address: | eclasscdoctor@gmail.com |
| Age Range: | 55-64 |

* Last Name: CUTLER

Work Phone: (717) 854-4718
Fax

**Complaint Filed Against**

| | |
|---|---|
| Company Name: | Penn Credit Corporation |
| First Name | Denise |
| Address: | P.O. BOX 69703 |
| City | HARRISBURG |
| State | Pennsylvania |
| ZIP Code | 17106-9703 |
| Country | UNITED STATES |
| Cell Phone: | |
| Home Phone: | |
| Email Address: | |
| Website Address: | http://account/penncredit.com |

Last Name

Work Phone: (800) 900-1362
Fax

**How Were You Contacted?**

| | |
|---|---|
| How were you contacted? | US Mail |
| On what date were you contacted? | 12/22/2018 |
| Do you have the envelope it was mailed in? | ○Yes ●No |
| Does the envelope have a permit number? | ○Yes ●No |
| Permit Number: | DPCH |
| Permit City: | |
| Permit State: | Select One |
| Does the envelope have a postage meter number? | ○Yes ●No |

**How Did You Respond to This Offer?**

| | |
|---|---|
| How did you respond to this offer? | US Mail |
| Response Mailed to a Different Address | ○Yes ●No |
| Do you have a mailing receipt (Certified, Insured or Express like)? | ○Yes ●No |
| What did you receive? | HUNG UP THE PHONE WHEN COMPLAINING |
| How did it differ from what you expected? | HARRASSEMENT |
| How much did the company ask you to pay ($)? | 4,972.00 |
| Do you have the item? | ○Yes ●No |
| How was it delivered? | US Mail |
| Did you contact the company or person about the complaint? | ●Yes ○No |
| Date Last Contacted Company or Person: | 12/26/2018 |

**Did You Lose Money?**

| | |
|---|---|
| Lose Money: | ●Yes ○No |
| Payment Type: | Cash |
| Payment Amount($): | 505.00 |
| Payment Date: | 12/07/2018 |

**Type of Mail Fraud Complaint**

| | |
|---|---|
| Scheme Category: | False Bill or Notice |
| Scheme Type: | Taxes |

**Additional Information**
max size 1000 characters

A FALSE TAX BILL RELATED TO REPORT OF Bank Robbery ( 18 USC § 2113 ) by Lancaster County Treasurer AMBER GREEN MARTIN RELATED TO USCA CASE 18-3693, 18-1616, 17-2709, 16-3164, 14-5183 ALSO INVOLVES JOE TORSELLA THIS INVOLVES A CONTINUING CRIMINAL ENTERPRISE OF MISUSE OF PUBLIC MONEY

Mail Fraud Complaint form submitted successfully          REPORTED 27DEC2018 2:03 AM

Thank you for completing the form          MAIL FRAUD ID # C#1693406 DEC 26, 2018

The information you provided will be entered into our national complaint system

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

December 28, 2018

Office of Attorney General
Civil Rights Enforcement Section
14th Floor, Strawberry Square
Harrisburg, Pennsylvania 17120
Phone: 717-787-0822
Fax: 717-787-1190

Jeffrey Cutler
2689 Old Philadelphia Pike
Bird in Hand, PA 17505

Re: Mr. Jeffrey Cutler v. East Lampeter Township, Mr. Ralph Hutchinson and Lancaster County Courts

Dear Mr. Cutler:

This letter is in response to your correspondence/complaint received in the Office of Attorney General (OAG), Civil Rights Enforcement Section (CRES) December 01, 2018. After reviewing your correspondence, it appears that the CRES does not have the jurisdiction to assist you in this matter because the matters you allege do not meet the legal or operative provisions that would implicate our jurisdiction. Therefore, the OAG is without legal authority to take action.

The jurisdiction of the OAG is limited to investigation of those matters which are authorized by the Commonwealth Attorneys Act, the Pennsylvania Human Relations Act (PHRA) and the Pennsylvania Civil Redress Statute. Pursuant to the Commonwealth Attorneys Act, the jurisdiction of the OAG is limited to matters involving state employment, organized crime, narcotics or matters arising out of statewide grand jury investigations. Under the Pennsylvania Human Relations Act, the jurisdiction of the CRES is restricted to complaints of discrimination in employment; housing and public accommodations on the basis of race, color, religion, national origin, age, sex, disability; general education development certificate (GED); and familial status. Pursuant to the Pennsylvania Civil Redress Statute, under certain circumstances the CRES may initiate civil actions to prevent hate crimes and related activity. **Under all of these laws, the authority of the CRES is limited to situations in which there exists a pattern or practice of conduct, or substantial portions of the population may be affected.**

To pursue this you must consult and obtain private counsel. Should you wish to consult with legal counsel and do not have an attorney, you may contact your local county Lawyer Referral Service. Should you be unable to afford legal counsel and you meet certain financial guidelines, you may be eligible to receive free legal advice through your county Legal Services Office. Contact information for these services should be available in the human services pages of your local telephone directory.

Case 1:18-3693 Document: 003113129503 Page: 55 Date Filed: 01/09/2019

Mr. Jeffrey Cutler v. East Lampeter Township, Mr. Ralph Hutchinson and Lancaster County Courts
December 28, 2018
Page 2

Very truly yours,

Nelson Brewster, M.A.
Civil Investigator III
Civil Rights Enforcement Section

In The

# United States Court of Appeals

## for the Fith Circuit

### 19-10011

**JEFFREY CUTLER**
Intervenor Paintiff-Appellee

**STATE OF TEXAS**, et al.
Paintiff-Appellees

v.

**UNITED STATES OF AMERICA**, et al.
Defendants-Appellants

**STATE OF CALIFORNIA**, et al.
Intervenor Defendants-Appellants

**NANCY PELOSI**
Intervenor Defendants-Appellant

*Appeal from the Order/Judgment entered Dec 14, 2018 in the United States District Court for the Northern District of Texas at No. 4:18--cv-00167-0*

## RESPONSE TO NANCY PELOSI'S PETITION OF 03JAN2019

ORAL ARGUMENTS REQUESTED

U. S. COURT OF APPEALS
RECEIVED
MAR 07 2019
FIFTH CIRCUIT

The petitioner, Jeffrey Cutler, acting pro se, respectfully identifies that Nancy Pelosi made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. During a speech at the National Association of Counties' annual Legislative Conference on 9 March 2010, in Washington D.C. <ref>https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref> she stated "We have to pass the bill to find out what is in it". The petitioner "found out what was in it" and filed a Pro se lawsuit 31DEC2013 in Wasington, DC case 1:13-cv-2066. He also via lawyers hired had previously filed a Writ of Certiorari for the Supreme Court of the United States (15-632) and inserted that same writ in United States Court of Appeals case 17-2709, page 314A. The individual mandate of Obamacare violates the United States Constitution Ammend 1.

WHEREFORE, for all the foregoing reasons, petitioner respectfully requests that this Court Declare Obamacare **UNCONSTITUTIONAL**, during an immediate **ENBANC** review of this case.

Respectfully submitted,

DATE: 28FEB2019

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on March 01, 2019, I filed
the foregoing with the Clerk of the Court for the
United States Court of Appeals for the Fifth
Circuit via next day United States Mail.
Participants in the case who are registered
CM/ECF users will be served by the appellate
CM/ECF system. I further certify that all of the
other participants or their lawyers in this case are
registered CM/ECF users.

_28 FEB 2019_

Jeffrey Cutler

## CERTIFICATION OF COMPLIANCE

This brief complies with the type-volume limitations of Fed. R. AP. P. 35(b)(2)
and Circuit Rule 40-1 because this brief contains no more than 15 pages,
excluding the parts of the brief exempted by Fed. R. AP. P. 32.

Respectfully submitted,

DATE: _28 FEB 2019_

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

Case 5:19-cv-01154-EGS  Document 79-1  Filed 06/12/19  Page 36 of 85
Case 5:19-cv-00834-JLS  Document 35  Filed 04/25/19  Page 27 of 30
Case 5:19-cv-00834-JLS  Document 1  Filed 02/26/19  Page 19 of 20



UNITED STATES POSTAL INSPECTION SERVICE

## CRIMINAL INVESTIGATIONS SERVICE CENTER

02/19/2019

Ref: C|FMM|013|S1437380|C1896019

Dear Postal Customer:

Thank you for the information you provided this office regarding:

TINO CABRAL
CITIZENS BANK
1 CITIZENS BANK WAY
JOHNSTON RI 02919-1922

A review of this matter indicates that your complaint would be best handled by:

INSPECTOR IN CHARGE
USPIS BOSTON DHQ
495 SUMMER ST SUITE 600
BOSTON MA 02210-2114

Please be advised that your complaint has been forwarded to the address above for whatever action they deem appropriate. Any future concerns relating to this matter should be directed to the address shown above.

Sincerely,

MANAGER
CRIMINAL INVESTIGATIONS SERVICE CENTER

**Money-back Guarantee:** If the mailer submits, either at a designated USPS® Priority Mail Express® acceptance location or online the specified dispatch time, the Postal Service will deliver or attempt delivery to the addressee or agent before the applicable delivery date and time. Mailer may request the addressee's signature from the addressee upon delivery of the item by checking the "signature required" box at the time of mailing. If the Postal Service does not deliver or attempt delivery by the specified time and the mailer files a valid claim form refund, the Postal Service will refund the postage, unless an exception applies. See Mailing Standards of the United States Postal Service, Domestic Mail Manual (DMM) 604.9.5.5 which is available at pe.usps.com.

*Note:* The Postal Service does not offer money-back guarantees for military or DPO dispatches delivered due to customs inspections or other reasons. For military or APO/FPO/DPO that was closed on the intended day of delivery or the delay was caused by one of the situations as follows: claims for loss—no sooner than 7 days but not later than 60 days. For information see Publication 122, Domestic Claims, Customer Reference Guide.

What a mailer submits a Priority Mail Express item requiring a signature and the Postal Service cannot deliver the item on the first attempt, the Postal Service leaves a notice for the addressee. If the addressee does not claim the item within 5 calendar days, the Postal Service returns the item to the sender at no additional charge.

**Insurance coverage:** The Postal Service provides insurance only in accordance with postal regulations in the DMM, which is available at pe.usps.com. The DMM sets forth the specific types of losses that are covered, the limitations on coverage, terms of insurance, conditions of payment, and adjudication procedures. Certain items are not insurable. The DMM consists of federal regulations, and USPS personnel are not authorized to change or waive these regulations or grant exceptions. A mailer who has made incorrect assertions or claims based on Priority Mail Express insurance may contact the Postal Service before submitting a claim. Limitations prescribed in the DMM provide, in part:

1. Insurance coverage extends to the actual value of the contents at the time of mailing or the cost of repairs, not to exceed the insured limit for the item.

2. The Postal Service insures the contents of Priority Mail Express "merchandise" items (with "merchandise" defined by postal regulations) against loss, damage, or missing contents. The Postal Service includes coverage up to $100 per mailpiece at no additional charge. Additional merchandise insurance coverage up to $5,000 per mailpiece may be available for purchase. Additional insurance at the Priority Mail Express item is not available unless a signature is required.

3. The Postal Service insures documents (as defined by postal regulations) against loss, damage, or missing contents up to $100 per mailpiece for document reconstruction, subject to additional limitations for multiple pieces lost or damaged in a single catastrophic occurrence. Document reconstruction insurance provides reimbursement for the reasonable costs incurred in reconstructing duplicates of nonnegotiable documents mailed. Document reconstruction insurance coverage above $100 per mailpiece is not available. The mailer should not attempt to purchase additional document insurance, because additional document insurance is void.

4. The Postal Service insures "negotiable items" (defined by postal regulations as items that can be expressed to, sold without forgery), currency, or bullion up to a maximum of $15 per mailpiece.

5. The Postal Service does not provide coverage for consequential losses due to loss, damage, or delay of Priority Mail Express items or for concealed damages, spoilage of perishable items, and sales tax improperly packaged or not fragile to withstand normal handling in the mail.

Coverage, forms, and instructions are subject to change. For additional limitations and terms of coverage, consult the DMM, which is available at pe.usps.com.

**Indemnity Claims (Loss, Damaged or Missing Contents):** Either the mailer or the addressee may file an indemnity claim for loss, damage, or missing contents. The claimant must submit the claim online at usps.com, or by mail; for more information see Publication 122, Domestic Claims, Customer Reference Guide. The timelines for claims are as follows: claims for loss—no sooner than 7 days but not later than 60 days of the mailing date; claims for damage or missing contents—immediately but no later than 60 days of the mailing date. Retaining original container, box, and packaging. For claims involving damage or missing contents, also retain the article, container, and packaging for Priority Mail Express inspection when requested.

**Service Performance:** If delivery of a Priority Mail Express (PME) item does not meet the scheduled delivery commitment, online and commercial customers may submit a refund request by visiting USPS.com. Retail customers may submit a refund request either online at USPS.com or at retail locations. Refund requests for postage must be submitted no later than 30 days from the date of mailing. Each tracking number can only be submitted once for a refund. Refund requests for PME or PME with Extra Services must be combined into a single submission.

*Thank you for choosing Priority Mail Express service.*

Tracking: For USPS Tracking, scan the QR Code below or go to USPS.com or call 800-222-1811





EE 453 480 741 US
Priority Mail Express tracking number

---

USPS.COM®
444 E TONKAWA PINE RD
HAWESTOWN
PA
19518-9998
(800)275-4777    1:45 PM

02/28/2018    Final
Flat Rate Qty    Price
Description

PM Exp 1-Day                    $30.50
(Domestic)
(HAWESTOWN, PA 19518)
(NEW ORLEANS, LA  70130)
(Flat Rate)
(Signature Required)
(Scheduled Delivery Day)
(03/02/2018 12:00 PM)
(Money Back Guarantee)
(USPS Tracking #)
(EE453480741US)
PM Exp                           $0.00
(Signature Required #)
(Up to $100.00 included)

Total                            $30.50

Credit Card Remit                $30.50
(Card Name:MasterCard)
(Account #:XXXXXXXXXXXX0103)
(Approval #:02650)
(Transaction #:708)
(AID:A0000000041010)
(AL:Mastercard)
(PIN:Not Required)

Included up to $100 insurance

In a hurry? Self-service kiosks offer
quick and easy checkout. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

Preview your mail
Track your packages
Sign up for FREE @
https://informeddelivery.com

HELP US SERVE YOU BETTER
TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5150-0079-002-00023-98315-02

or scan this code with
your mobile device:



or call 1-800-410-7420

YOUR OPINION COUNTS

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

Bill #: 840-5150079-2-33865315-2
Clerk: 23

McCUTCHEN JOINS
PHILLIES' OUTFIELD

PENN TOPS VILLANOVA,
ENDING BIG 5 STREAK

# Philadelphia Inquirer

*Home of 20 Pulitzer Prizes*

WEDNESDAY DECEMBER 12, 2018

---

WHITE HOUSE SHOWDOWN

# Shutdown Threat



Vice President Pence (picture) listens as President Trump argues with House Democratic leader Nancy Pelosi during Tuesday's tense meeting in the Oval Office. In a heated exchange on immigration, Trump "gladly" threatened to shut down the U.S. government as he and Democratic leaders clashed over funding for his proposed border wall. Sen. Charles E. Schumer also had part in the squabble. Story and reaction photo, A1.

---

## Poverty on rise among older people in Phila.

Some have not saved enough where were poor before they aged. About 23 pct. live in poverty.

By Alfred Lubrano
STAFF WRITER

At the end of the month, when her food stamps ran out, Alice Picker, 71, will call a friend to buy the necessary neighborhood and part of the tea drop by for a meal.

Picker has worked in public as fathers, community journalism, and public health, battled living eight years attending at. Temple University student and with an English degree and a



Jeffrey Cutler would like to serve for Chester Twp. auditor. But he changed his vote, and those who were electing by voters are made unable to handle township. And to

A JOB MANY FIND UNNECESSARY

## Man's write-in vote for job led to countywide tax chaos

Post is easy to claim in towns that don't use the role.

By Andrew Maykuth
STAFF WRITER

Jeffrey Cutler is leary proof that a single vote in an election can make a bate difference.

Cutler was elected tax collector in 2013 East Lampeter Township, Lancaster County, with one vote cast over competitor. Though East Lampeter had not had a tax collector as decades as the county did the job so Cutler hobbled for over four an elected official under the law, and began by mouth as township tax collected.

Cutler made it hard of his job, on land and collected township and county officials, but refused all along township to collect service tax. Some employers were asked what. Service tax collectors were asked what. Some employers were asked what, and of little paid taxpayer were reduced delinquent and refused at redistributed, as later

Taxpayer in East Lampeter who opted to the location kind of tax bills to settle accounts hand themselves before the painted manager if it substance further, else said answers Cutler had set up ship in a rented election roll.

The issue over in eggs mount depending legislators trying to figure out what was tax and what was not, and Amber Martin, the Lancaster County treasurer. She said other fiscal and county officials absent Cutler failed to perform the duties required of him in December of township election result to appoint a new collector.

Cutler's also refused the introduction of a bill to issue pay residence the mandate of the position he handles payment before the Pennsylvania State Tax Equalization Association, which reports the proposal of an education board to be independent elected office in a location to the bill.

See TAX COLLECTOR on A1

---

## BROKE
IN PHILADELPHIA

master's in health education

Picker told of Picker spent a lifetime complying with the American workplace work hard, get rewarded. I did she foresee a time when her retirement world be mostly empty shyness or the calendar her day at.

"You're just not prepared for poverty in this law," said Picker who have an enormous increase of a little more than $600 in her Social Security disability payments and nearly the he fund receives an amount Picker lives below the $12,140 federal poverty level for a single person.

Picker never married and has no children. She said, "with two degrees, I never expected to be living my life this."

Still many people on the rise poverty rate of older Philadelphia in the kitchen among the
See POVERTY on A1

---

STING INVESTIGATION

## Brown resigns 'under protest'

Her decision follows her sentencing in the bribery case. Date of a vote on her replacement has to be set

By Angela Couloumbis
HARRISBURG BUREAU

HARRISBURG — State Rep. Vanessa Lowery Brown resigned from office Tuesday saying she was her for public justice "under protest" as she appeals her conviction on bribery and other charges.

In her resignation letter, the 15th-Philadelphia Democrat highlighted the people of the Douglas County Justice who last month sentenced her to 23 months of probation, not for that be imprisoned sentence about the undercut she told those who led to her conviction and downfall.

Nonetheless, Brown wrote, the accepting that the state county the president agency convicted of bribery, perjury, and other "collusion crimes" from leaving in the legislature.

"The town's feeling that the investigation and prosecution are deliberate of judges and peers of citizens is only the first step in the attempt visualization of any that given and constitutionally held to derailed, fairly under the law," Brown said. He wrote in her letter to Speaker Mike Turzai (R., Allegheny)

He added "Understand to be led Brown in A3"

---

HIGHER EDUCATION

## Temple board condemns Hill, defends free speech

It took no action against the professor, whose remarks at the U.N. have been called anti-Semitic.

By Susan Snyder
STAFF WRITER

Members statements made in response sought by university leaders Temple University's board of trust from on Tuesday decided to pass on remarks as of professor Mare Lore and Hill over his controversial comments about Israel at a the Palestinian, but stopped short of taking any action against him and defended what Hill remarks, broadly drawn, by the board practice that travels from university president Richard M. Englert.

But the statement also said, "We condemn the belief of Hill's comments on the part of Hill's membership to a private individual his speech and to other person elected person by professor about Israel, said that trustees offered prayer and in a location on the bill, where
See TEMPLE on A3

---

WEATHER  High 42, Low 31

Case 1:17-cv-01154-EGS Document 79-1 Filed 06/12/19 Page 39 of 85
Case 4:19-cv-00834-SLES Document 35 Filed 04/25/19 Page 30 of 30

Case: 17-2709 Document: 003112842898 Page: 31 Date Filed: 02/01/2018

Case 2:17-cv-00984-TON Document 42 Filed 07/14/17 Page 25 of 25
Case 2:17-cr-00137-PD Document 131 Filed 06/29/17 Page 24 of 40
Case 2:17-cr-00137-PD Document 106 Filed 06/21/17 Page 40 of 80
Case 2:17-cv-00984-TON Document 37 Filed 06/15/17 Page 23 of 63

No. 15-852 (14-8153)

# In the Supreme Court of the United States

**JEFFREY CUTLER,**
*Petitioner,*

v.

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,**
*Respondents.*

On Petition for Writ of Certiorari to the United States Court of Appeals for the District of Columbia Circuit

## PETITION FOR WRIT OF CERTIORARI

ROBERT JOSEPH MUISE
Counsel of Record
American Freedom Law Center
P.O. Box 131098
Ann Arbor, MI 48113
(734) 635-3756
rmuise@americanfreedomlawcenter.org

DAVID YERUSHALMI
American Freedom Law Center
1901 Pennsylvania Ave. N.W., Suite 201
Washington, D.C. 20006
(646) 262-0500
dyerushalmi@americanfreedomlawcenter.org

*Counsel for Petitioner*

## PETITION FOR WRIT OF CERTIORARI

### OPINIONS BELOW

The opinion of the court of appeals appears at App. 1 and is reported at 2016 U.S. App. LEXIS 14268. The opinion of the district court appears at App. 23 and is reported at 321 F. Supp. 2d 27.

### JURISDICTION

The opinion of the court of appeals was entered on August 24, 2015. App. 1. The jurisdiction of this Court is invoked under 28 U.S.C. § 1254(1).

### CONSTITUTIONAL PROVISIONS INVOLVED

The Establishment Clause of the First Amendment provides, "Congress shall make no law respecting an establishment of religion." U.S. Const. amend. I.

The Fifth Amendment provides, in relevant part, "No person shall . . . be deprived of life, liberty, or property, without due process of law." U.S. Const. amend. V.

16-11

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY CUTLER

Plaintiff

v.

NANCY PELOSI IN HER OFFICIAL
CAPACITY AS SPEAKER OF THE
HOUSE OF REPRESENTATIVES
CITIZENS BANK,
FULTON BANK,
WIKIPEDIA FOUNDATION,
VERIZON CORPORATION,
GOOGLE CORPORATION,
ERIE INSURANCE,
STATE FARM INSURANCE,
LEMBERG LAW LLC,
FORD MOTOR COMPANY,
MANHEIM SCHOOL DISTRICT,
HAVERFORD POLICE
DEPARTMENT,
PHILADELPHIA NEWSPAPERS INC,
ASSOCIATED PRESS,
U.S. NEWS AND WORLD REPORTS,
BEND BULLETIN NEWSPAPER,

And
JOHN DOES and JANE DOES,

Defendants

**CASE NO. 5:19-cv-00834**

JURY TRIAL DEMANDED

APR 0 · 2019

## MOTION TO CONSOLIDATE CASES

## WITH CASE # 146 MD 2019

Here comes Jeffrey Cutler, acting pro se, respectfully makes a motion to

Consolidate case number 146 MD 2019 (filed 03MAR2019) in the

Commonwealth Court of Pennsylvania with this case. Since case #1:19-cv-00189

is from the Middle District of Pennsylvania was previously requested to be

designated as the lead case, and actually would be a change in venue from State

Court to federal Court. This motion should be granted to promote judicial

efficiency, the same defendents and they all contain similar civil rights violations

by government entities.violations of EQUAL PROTECTION under the United

States Constitution Ammend 14, Ammend 5 and Ammend 1.

All parties in this case have been engaed in a long term CRIMINAL

ENTERPRISE to deprive individuals of their civil rights under the

law, based on race and religion, and violating federal laws since at minimum

20DEC1991 (18 USC § 1001, 18 USC § 2113, 18 U.S.C. § 1343, 42 U.S.C. §

1983) to conceal these and other crimes and a federal jury should help determine

the outcome of the proceedings.


**WHEREFORE**, for all the foregoing reasons, Jeffrey Cutler respectfully

requests that this Court grant the consolidation of cases and change of venue.

Respectfully submitted,

DATE: _C 2 APR 2019_

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

# ADDENDUM

Case: 1:17-cv-01154-EGS Document 79-1 Filed 06/12/19 Page 44 of 85
Case 1:17-cv-00834-JLS Document 5 Filed 04/02/19 Page 5 of 10
Received 3/13/2019 6:24:11 PM Commonwealth Court of Pennsylvania

Filed 3/13/2019 6:24:00 PM Commonwealth Court
146 MD 2019

# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

CRAIG STEDMAN, IN HIS OFFICIAL CAPACITY
AS LANCASTER COUNTY DISTRICT ATTORNEY,

        Petitioner,

v.

            No. ___ MD 2019

LANCASTER COUNTY BOARD OF
COMMISSIONERS; JOSHUA PARSONS, IN HIS
OFFICIAL CAPACITY AS CHAIRMAN OF THE
LANCASTER COUNTY BOARD OF
COMMISSIONERS; DENNIS STUCKEY, IN HIS
OFFICIAL CAPACITY AS VICE-CHAIRMAN OF
THE LANCASTER COUNTY BOARD OF
COMMISSIONERS; CRAIG LEHMAN, IN HIS
OFFICIAL CAPACITY AS LANCASTER COUNTY
COMMISSIONER,

        Respondents,

JOSHUA SHAPIRO, IN HIS OFFICIAL CAPACITY
AS PENNSYLVANIA ATTORNEY GENERAL; and
BRIAN HURTER, IN HIS OFFICIAL CAPACITY AS
LANCASTER COUNTY CONTROLLER,

       Nominal/Non-adverse Respondents.

## NOTICE TO PLEAD

To: LANCASTER COUNTY BOARD OF COMMISSIONERS

JOSHUA PARSONS, IN HIS OFFICIAL CAPACITY AS CHAIRMAN
OF THE LANCASTER COUNTY BOARD OF COMMISSIONERS

DENNIS STUCKEY, IN HIS OFFICIAL CAPACITY AS VICE-
CHAIRMAN OF THE LANCASTER COUNTY BOARD OF
COMMISSIONERS

CRAIG LEHMAN, IN HIS OFFICIAL CAPACITY AS LANCASTER
COUNTY COMMISSIONER

JOSHUA SHAPIRO, IN HIS OFFICIAL CAPACITY AS
PENNSYLVANIA ATTORNEY GENERAL

BRIAN HURTER, IN HIS OFFICIAL CAPACITY AS LANCASTER
COUNTY CONTROLLER

   You are hereby notified to file a written response to the enclosed
petition for review within thirty (30) days from service hereof or a
judgment may be entered against you.

Dated: March 13, 2019

        s/ Mark E. Seiberling
        Mark E. Seiberling (No. 91256)
        KLEINBARD LLC
        Three Logan Square
        1717 Arch Street, 5th Floor
        Philadelphia, PA 19103
        Ph: (215) 568-2000
        Fax: (215) 568-0140
        Eml: mseiberling@kleinbard.com

        *Attorney for District Attorney Craig
        Stedman*

Case 2:17-cv-01154-EGS  Document 79-17  Filed 06/12/19  Page 45 of 85
Case 1:17-cv-00854-LS  Document 5  Filed 04/02/19  Page 6 of 10
Case 2:17-cv-00984-TON  Document 46  Filed 08/04/17  Page 12 of 17  CI-16-09640
Case 2:17-cv-00984-TON  Document 44  Filed 07/17/17  Page 8 of 12
Case 2:17-cr-00137-PD  Document 131  Filed 06/29/17  Page 20 of 40
Case 2:17-cr-00137-PD  Document 106  Filed 06/21/17  Page 16 of 80
Case 2:17-cv-00984-TON  Document 35  Filed 06/01/17  Page 24 of 80
Case 2:17-cv-00984-TON  Document 32-2  Filed 05/11/17  Page 59 of 59

### VERIFICATION

I certify that the statements made above are true and correct to the best of my knowledge, information and belief and I understand that the statements are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

Date: Mar. 7, 2019

_____



CI-15-05    11 MAY 2017

2:17-cv-00984-4/01  Page 23 of 40

2:17-cr-00137 JUNE 21  Page 16 of 63

2:17-cr-00137 JUNE 29  Page 19 of 41

17JULY2017-REV1  Page 8 of 10

4AUGUST017-REV1  Page 12 of 16

Page 18 of 24

## IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA
### CIVIL ACTION – LAW

COUNTY OF LANCASTER

               Plaintiff

     v.

JEFFREY CUTLER and TRAVELERS
CASUALTY AND SURETY COMPANY
OF AMERICA

          Defendants

: 17-01164
:
: Docket No.:
:
:
:
:
:

ENTERED AND FILED
17 FEB 15 PM 3: 28
PROTHONOTARY'S OFFICE
LANCASTER, PA

## CERTIFICATION OF LIABILITY AND PRAECIPE FOR ENTRY OF JUDGMENT

    The undersigned, Dennis P. Stuckey, Chairman of the Lancaster County Board of
Commissioners, in accordance with the provisions of the Local Tax Collection Law, 72 P.S. §
5511.41, does hereby certify the amount due and owing to the County by Jeffrey Cutler, Tax
Collector, and Travelers Casualty and Surety Company of America, for tax years 2014 and 2015,
including interest at a rate of six percent (6%) per annum, to be the amount of Forty Thousand
and Four Hundred and Eleven Dollars and Sixty-Four Cents ($40,411.64), plus interest at the
legal rate from January 1, 2017 until date of payment. Said Certification is based upon the
failure of Jeffrey Cutler, Tax Collector, to make timely submission of taxes in accordance with
the attached calculations made by the Lancaster County Controller.

    The County does hereby certify the same to the Prothonotary of Lancaster County to
enter judgment on the dockets of her office.

                                     **LANCASTER COUNTY**
                                     **BOARD OF COMMISSIONERS**

Date: _February 15, 2017_

                                    Dennis P. Stuckey, Chairman

    AND NOW, this _15_ day of _Feb._, 2017, judgment is entered as
above-directed.

                                    PROTHONOTARY

BLAKINGER THOMAS, PC
By: Susan P. Peipher, Esquire
Attorney I.D. #87580
(717) 509-7239
E-mail: spp@blakingerthomas.com
28 Penn Square
Lancaster, PA 17603
Attorneys for Plaintiff

IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

EAST LAMPETER TOWNSHIP

        Plaintiff

    v.

JEFFREY CUTLER and TRAVELERS
CASUALTY AND SURETY COMPANY
OF AMERICA

        Defendants

Docket No.: **17-00568**

**CERTIFICATION OF LIABILITY AND PRAECIPE FOR ENTRY OF JUDGMENT**

    The undersigned, David Buckwalter, Chairman of the Board of Supervisors of East Lampeter Township, in accordance with the provisions of the Local Tax Collection Law, 72 P.S. §5511.41, does hereby certify the amount due and owing to East Lampeter Township by Jeffrey Cutler, Tax Collector, and Travelers Casualty and Surety Company of America, for tax years 2014 and 2015, to be the amount of $15,897.19. Said Certification is based upon the failure of Jeffrey Cutler, Tax Collector, to make timely submission of taxes in accordance with the attached calculations made by the Lancaster County Controller.

    The Township does hereby certify the same to the Prothonotary of Lancaster County to enter judgment on the dockets of her office.

                          EAST LAMPETER TOWNSHIP
                          BOARD OF SUPERVISORS

Date: 1/21/17

                          By: _____
                          David Buckwalter, Chairman

    AND NOW, this 26th day of January, 2017, judgment is entered as above-directed.

                          Katherine Wood-Jacobs
                          PROTHONOTARY

## VERIFICATION

I, Ralph M. Hutchison, verify that I am the Township Manager of EAST LAMPETER TOWNSHIP, and as such, I am authorized to make this Verification on its behalf, and I verify that the statements made in the foregoing Petition for Preliminary Injunction and Writ of Mandamus are true and correct to the best of my knowledge, information and belief. This Verification is subject to the penalties of 18 Pa.C.S.A. § 4904, relating to unsworn falsification to authorities.

EAST LAMPETER TOWNSHIP

Dated: 12/8/15

By: _____
    Ralph M. Hutchison, Township Manager



6C0232291 / 41065.575

No. 18-____ [18-6158]

In the Supreme Court of the United States

JEFFREY CUTLER,

Petitioner,

v.

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al.,

Respondents.

On Petition for Writ of Certiorari to the United States
Court of Appeals for the District of Columbia Circuit

PETITION FOR WRIT OF CERTIORARI

ROBERT JOSEPH MUISE
Counsel of Record
American Freedom Law Center
P.O. Box 131098
Ann Arbor, MI 48113
(734) 635-3756
rmuise@americanfreedomlawcenter.org

DAVID YERUSHALMI
American Freedom Law Center
1901 Pennsylvania Ave. NW, Suite 201
Washington, D.C. 20006
(646) 262-0500
dyerushalmi@americanfreedomlawcenter.org

Counsel for Petitioner

Case 1:17-cv-01154-EGS Document 79-1 Filed 06/12/19 Page 50 of 85
Case 2:19-cv-00852-CMR Document 1-7 Filed 06/26/19 Page 9 of 47
Case 5:19-cv-00834-JLS Document 4 Filed 03/11/19 Page 1 of 10

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY CUTLER       )
     )
Plaintiff       )
     )
v.       )
     )
NANCY PELOSI IN HER OFFICIAL    )
CAPACITY AS SPEAKER OF THE    )
HOUSE OF REPRESENTATIVES    )
CITIZENS BANK,    )
FULTON BANK,    )
WIKIPEDIA FOUNDATION,    )
VERIZON CORPORATION,    )
GOOGLE CORPORATION,    )
ERIE INSURANCE,    )
STATE FARM INSURANCE,    )
LEMBERG LAW LLC,    )
FORD MOTOR COMPANY,    )
MANHEIM SCHOOL DISTRICT,    )
HAVERFORD POLICE    )
DEPARTMENT,    )
PHILADELPHIA NEWSPAPERS INC,    )
ASSOCIATED PRESS,    )
U.S. NEWS AND WORLD REPORTS,    )
BEND BULLETIN NEWSPAPER,    )
     )
And       )
JOHN DOES and JANE DOES,    )
     )
Defendants      )
     )

**CASE NO. 5:19-cv-00834**

**JURY TRIAL DEMANDED**

**FILED**

MAR 1 1 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

# MOTION TO CONSOLIDATE CASES

## WITH CASE # 1:19-cv-00189 & 2:19-cv-00852

Here comes Jeffrey Cutler, acting pro se, respectfully makes a motion to

Consolidate cases numbers 1:19-cv-00189 (filed 04FEB2019 titled VICTOR

UKADIKE EZEIBE v. CITY OF YORK, et al.) from the Middle District of

Pennsylvania and case 2:19-cv-00852 (filed 27FEB2019 titled GERALD CAMP v.

CITY OF PHILADELPHIA, et al.) from the Eastern District of Pennsylvania.

Since case #1:19-cv-00189 is from the Middle District of Pennsylvania and was

filed first, it should be the lead case, and actually would be a change in venue.

This motion should be granted to promote judicial efficiency and they all contain

similar civil rights violations by government entities.violations of EQUAL

PROTECTION under the United States Constitution Ammend 14 and Ammend 5.

Documents filed from this case were discarded on 01MAR2019 , in federal court,

but only available on Pacer after they were filed in person on 07MAR2019.

Documents from lawyers are treated differently than Pro se filers.  On March 1,

2019 it was also discovered that East Lampeter Township, in Conjunction with

High Inc. conspired  together to destroy additional evidence of a Hate Crime that

was identified by mail as possibly being related to crimes committed by Mr.

Bowers in case 2:18-cr-00292 (Western District of Pennsylvania).

**WHEREFORE**, for all the foregoing reasons, Jeffrey Cutler respectfully

requests that this Court grant the consolidation of cases and change of venue.

# DEVNET COMPUTER SYSTEM ERROR

**Bills for 310 - EAST LAMPETER TWP (Year 2013)**

| | Bill YR | Bill# | Account # | Type | Owner Name | Location | Transaction Date | Period Paid | Source | Detail | Amt Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▸ Print Receipt | 2013 | 2787 | 310-02314-1-0081 | Annual Roll | LANTRIP JOHN M LANTRIP SHIRLEY R | 15 RED LEAF LN Condominium | 10/1/2013 | Penalty | Check | Check 1794 | ($877.31) |

**Bills for 310 - EAST LAMPETER TWP (Year 2014)**

| | Bill YR | Bill# | Account # | Type | Owner Name | Location | Transaction Date | Period Paid | Source | Detail | Amt Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▸ Print Receipt | 2014 | 2805 | 310-02314-1-0081 | Annual Roll | LANTRIP JOHN M LANTRIP SHIRLEY R | 15 RED LEAF LN Condominium | 4/12/2014 | Discount | Tx Svc | Tx Svc | ($781.63) |

**Bills for 310 - EAST LAMPETER TWP (Year 2015)**

| | Bill YR | Bill# | Account # | Type | Owner Name | Location | Transaction Date | Period Paid | Source | Detail | Amt Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▸ Print Receipt | 2015 | 2819 | 310-02314-1-0081 | Annual Roll | LANTRIP JOHN M LANTRIP SHIRLEY R | 15 RED LEAF LN Condominium | 4/29/2015 | Discount | Check | Check 2128 | ($781.63) |

Bill Number: 2016073781

Taxpayer: LANTRIP JOHN M
LANTRIP SHIRLEY R
15 RED LEAF LANE
LANCASTER PA 17602

*Tax Bill 1 of 1*

Account Number: 310-02314-1-0081

Property Location: 15 RED LEAF LN

Municipality: 310 East Lampeter Twp

Assessed Value: 149,500

County Millage Rate: 3.7350
Municipal Millage Rate: 1.7300

| | 2% discount if paid by 4/30/2016 | Base tax if paid by 6/30/2016 | 10% penalty if paid after 6/30/2016 |
|---|---|---|---|
| COUNTY | 547.21 | 558.38 | 614.22 |
| MUNICIPAL | 253.47 | 258.64 | 284.50 |
| TAX AMOUNT DUE -----> | 800.68 | 817.02 | 898.72 |

**Payments**

| Year 2016 | January | Bill No 2016073781 |
|---|---|---|
| Tax Billed | | $817.02 |
| Discount/Penalty | | ($81.70) |
| Total Billed | | $735.32 |
| Amount Paid | | $4,003.40 |
| Total Unpaid | | ($3,268.08) |
| Batch Number | | 2013005248 |
| Date Paid | | 05/01/2016 |
| Receipt No. | | 2013220504 |
| Paid by | | |
| Status | | Partial |

←— OBAMA MATH

---

**03MAY2016**

## Tax Certification

### Fee $ 20.00

### Make Check Payable to Tax Collector

| MAIL To: | Tax Collector Attention Administrative Account P.O. Box 26 East Petersburg, PA 17520 |
|---|---|

I Jeffrey Cutler, Tax Collector for East Lampeter Township do certify that
the above information is the true and correct status of the above listed property.

Signed _____

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GOZALEZ & REZNIK | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| KEN KRIEGER | ) | |
| | ) | **CASE NO. 2:18-cv-05029** |
| Joiner Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF PHILADELPHIA, et al. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants | ) | |
| | ) | |

## CERTIFICATE OF SERVICE for MOTION TO JOIN CASE AND COMBINE CASES 2:19-cv-01001 as well as case 2:19-CV-01540 (XXX, et al. v. PHILADELPHIA PARKING AUTHORITY, et al.)

## CERTIFICATE OF SERVICE

I Ken Krieger, do hereby certify that I as of this day I have correctly served a copy of, Plaintiff's

MOTION TO JOIN COMPLAINT dated 05/20/2019 and Plaintiff's MOTION TO

CONSOLIDATE CASES dated 05/20/2019 to Defendants and Other Plaintiffs via the cm/ecf

system. I also certify that all parties of case # 2:18-cv-05029 are part of the cm/ecf system.

Date: 20 May 2019

Ken Krieger, pro se
484-433-7539 (phone)
kenkrieger@aol.com
7626 Brockton Road
Philadelphia, PA 19151

In The

# United States Court of Appeals

## for the Fith Circuit

### 19-10011

JEFFREY CUTLER
Intervenor Paintiff-Appellee

STATE OF TEXAS, et al.
Paintiff-Appellees

v.

UNITED STATES OF AMERICA, et al.
Defendants-Appellants

STATE OF CALIFORNIA, et al.
Intervenor Defendants-Appellants

NANCY PELOSI
Intervenor Defendants-Appellant

*Appeal from the Order/Judgment entered Dec 14, 2018 in the United States District
Court for the Northern District of Texas at No. 4:18--cv-00167-0*

## RESPONSE TO NANCY PELOSI'S  PETITION OF 03JAN2019

ORAL ARGUMENTS REQUESTED

The petitioner, Jeffrey Cutler, acting pro se, respectfully identifies that Nancy Pelosi made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. During a speech at the National Association of Counties' annual Legislative Conference on 9 March 2010, in Washington D.C. <ref>https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref> she stated "We have to pass the bill to find out what is in it".  The petitioner "found out what was in it" and filed a Pro se lawsuit 31DEC2013 in Wasington, DC case 1:13-cv-2066.   He also via lawyers hired had previously filed a Writ of Certiorari for the Supreme Court of the United States (15-632) and inserted that same writ in United States Court of Appeals case 17-2709, page 314A.  The individual mandate of Obamacare violates the United States Constitution Ammend 1.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests that this Court Declare Obamacare **UNCONSTITUTIONAL**, during an immediate **ENBANC** review of this case.

Respectfully submitted,

DATE: 28FEB2019

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on March 01, 2019, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit via next day United States Mail. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the other  participants or their lawyers in this case are registered CM/ECF users.

28 FEB 2019

Jeffrey Cutler

## CERTIFICATION OF COMPLIANCE

This brief complies with the type-volume limitations of Fed. R. AP. P. 35(b)(2) and Circuit Rule 40-1 because this brief contains no more than 15 pages, excluding the parts of the brief exempted by Fed. R. AP. P. 32.

Respectfully submitted,

DATE: 28 FEB 2019

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

# ADDENDUM

JLS

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JEFFREY CUTLER )<br><br>Plaintiff )<br><br>v. )<br><br>NANCY PELOSI IN HER OFFICIAL )<br>CAPACITY AS SPEAKER OF THE )<br>HOUSE OF REPRESENTATIVES, )<br>CITIZENS BANK, )<br>FULTON BANK, )<br>WIKIPEDIA FOUNDATION, )<br>VERIZON CORPORATION, )<br>GOOGLE CORPORATION, )<br>ERIE INSURANCE, )<br>STATE FARM INSURANCE, )<br>LEMBERG LAW LLC, )<br>FORD MOTOR COMPANY, )<br>MANHEIM SCHOOL DISTRICT, )<br>HAVERFORD POLICE )<br>DEPARTMENT, )<br>PHILADELPHIA NEWSPAPERS INC, )<br>ASSOCIATED PRESS, )<br>U.S. NEWS AND WORLD REPORTS, )<br>BEND BULLETIN NEWSPAPER, )<br><br>and )<br>JOHN DOES and JANE DOES, )<br><br>Defendants )<br> ) | CIVIL CASE NO. 19  0834<br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## COMPLAINT

## PRELIMINARY STATEMENT

against the states by the Fourteenth Amendment, protects the people from

unreasonable seizures of their person. The Fourteenth Amendment, also

protects persons from unequal treatment under the law, as well as the Fifth

Amendment. The Plaintiff in this matter was surrounded by police and

detained based on an individual at Citizen's bank trying to conceal and hide

a reasonable suspicion, of an illegal act (furtherence of a crime), namely

bank robbery (18 USC § 2113) via the internet. The crime was triggered via

story by Andrew Maykuth for the Philadelphia Inquier, philly news

targeting Cutler and that it was "using its vast financial resources to enter

the bully pulpit by publishing a series of false and defamatory statements an

online article ... to smear an individual who was in its view an enemy of the

deep state, released to the internet on 11DEC2019 and printed 12DEC2019

which was a link to individuals that carried out the crime, never even

mentioning Lisa Michelle Lambert. The story also made light that ordinary

individuals should not be elected, and slandered every Jeffrey Cutler and

Tax Collector in the United States. Plaintiff's emotional distress, terror,

apprehension, anxiety, and humiliation, damage to his reputation and

potential long term carreer as an elected official. It also failed to get a

release form for the shirt which a copyright was previously applied and the

story tried to act as a barometer of when someone is religious and hide all

types of political misconduct including mail fraud.

2.  This Court has jurisdiction over the subject matter of this Complaint under 42 U.S.C. § 1983 and 28 U.S.C. §§ 1331, 1343(a)(3), 1343(a)(4), and 1367(a).

## PARTIES

3.  Jeffrey Cutler, the Plaintiff ("Mr. Cutler" or "Plaintiff") is a resident of Bird In Hand, Pennsylvania.

4.  Nancy Pelosi is the current speaker of the House of representatives and United States Congresswoman elected from the state of California.

5.  Citizen's Bank is a multi-state bank with corporate headqurters in Rhode Island.

6.  Fulton Bank is a multi-state bank with corporate headqurters in Lancaster County Pennsylvania.

7.  Wikipedia Foundation is an international information depositry that is a 503(1)(c) coprporation based in the state of California.

8.  Verizon Corporation is an international information depositry that has a corporate headqurters in New York, State.

9.  Google Corporation is an international information depositry that has a corporate headqurters in the state of California.

10. Erie Insurance is an insurance company with corporate headqurters in the Commonwealth of Pennsylvania.

the Bloomington, Illinois.

12. Lemberg Law, LLC is a legal firm with corporate headqurters in Wilton , Connectitcut.

13. Ford Motor Company is an international manufacturer of vehicles with corporate headquarters in the Dearborn, Michigan.

14. MANHEIM SCHOOL DISTRICT is a Pennsylvania government agency for municipality located in the County of Lancaster, Commonwealth of Pennsylvania.

15. Haverford is a municipality located in the Delaware County of Commonwealth of Pennsylvania.

16. Philadelphia Newspapers Inc. is a media company in Philadelphia County of  Commonwealth of Pennsylvania.

17. The Associated Press is a media company that has a corporate headqurters in New York, State.

18. The U.S. News and World Report that has a corporate headqurters in New York, State.

19. Bend Bulletin is a newspaper owned by Western Communications is a media company, operatiing in Bend Oregon.

20. John Doe and Jane Doe defendants are, upon information and belief, members of the Klu Klux Klan or supporters to as "Individual Defendant" or "Individual Defendants").

## FACTUAL ALLEGATIONS

1) On a several occasions over the past 12,000 the individual defendant made a false police report (20190212M241O) at the Citizen's Bank in the Giant Supermarket (116 W Township Line Road).

2) The defendent called the police when Mr. Cutler showed the bank manager he had placed a redacted copy of a statement in a document in the United States Court of Appeals case #18-3693 (document # 003113157254 page 10). This is related to CFPB complaint #190213-3828773.

3) At minimum 3 police cruisers were positioned outside the Giant supermarket.

4) Mr. Cutler was surrounded by police officers from the Haverford police department subject to view and suspicion of everyone in the Giant supermarket at the time. Only 2 officers were listed on the report #20190212M2410.

5) Mr. Cutler was prevented from assisting his mother (who has difficulty hearing) or helping review documents being signed. This has been an ongoing effort by members of the Klu Klux Klan or other secrect society to target Mr. Cutller for being Jewish and people around him because he challenged Obamacare starting Dec 31, 2013.

6) Mr. Cutler talked to the police officer (Thomas McDermott) and showed him documentation he had with him that demonstrated that he previously run as a write-in candidate for Governor of Pennsylvnia (Page 15 – Philadelphia Metro Newspaer, October 24, 2018).

started from the checking account on the same day the money was credited to the money market account.

8) At no time did the police question Mr. Cutler's mother about what was going on during the confrontation, while in view of Mr. Cutler. The office of the branch manager is approximately a 10' x 10' enclosure.

9) Mr. Cutler was handed a no tresspass letter signed by the branch manager (Ralph Rinn) by the haverford police. This letter was similar to the letter he was handed by the East Lampeter Police officers on October 2, 2017 when he was removed illegally from his appartment at 67 Cambridge Village, Lancaster Pa. 17602, in lieu of a legal eviction (which is the basis of case 18-3693). On May 13, 1985, 5 black children (ages 7-13) were murdered when the FBI furnished 2 bombs as a form of eviction.

10) The realization that the Individuals surrounding Mr. Cutler were carryng firearms, and tasers provoked feelings of terror, panic and anxiety in Mr. Cutler.

11) Mr. Cutler asked officer McDermott if he was related to ADA McDermott of the Philadelphia district attorney's office. Mr. Cutler had previously reported Bank and Insurance fraud to the office of the FBI, and got a CEASE & DESIST email from the FBI, mentioning not to report those crimes to the FBI and not report those crimes to the ADA either.

he tried to make a complaint about Citizen's bank, but was ignored in this effort.

13) On 14FEB2019 Mr. Cutler reported the false Police report by Citizen's bank, #20190214M2515, no investigation has been started to his knowledge. This demonstrates unequal protection under the law. A crime in Chicago is investigated (Jussie Smollet) while this crime is not investigated. A violation of the United States Constitution Ammend 5, equal protection.

14) The incident of February 12, 2019 between Individual Defendants and Mr. Cutler has caused mental and emotional suffering to Mr. Cutler, including panic attacks causing Mr. Cutler to physically shake, and nightmares.

15) Approximately three days following the incident of February 12, 2019, Mr. Cutler contacted the Police to inquire about information concerning the investigation of the incident and was informed that there were no records pertaining thereto.

## CLAIMS FOR RELIEF

### COUNT I.    False Arrest in Violation of the Fourth and Fourteenth Amendments

16)    Plaintiff hereby incorporates the allegations contained in paragraphs 1) through 15) and all coclusuions in previous Federal Appeal Court cases by him 17-2709, 18-1816 and 18-3693 and all their underlying documents.

17)    The Fourth Amendment prohibition against unreasonable searches and seizures, as incorporated against the states through the due process clause of

enforcement officers from making an arrest or investigatory stop without probable cause or reasonable suspicion.

18)    All defendants acted under color of state law or federal law, in a conspiracy to support the narratve that covers the bank robbbery of Mr. Cutler's bank account, theft of 100% of his possessions and all records with zero compensation, despite having 2 insurance policies in effect at the time.

19)    Individual Defendants violated Plaintiff's constitutional right to be free from unreasonable searches and seizures by confining  him, confining him, and without probable cause based on perjured testimony or reasonable suspicion. failed to take steps to properly train and supervise Individual Defendants.

20)  Specifically, Haverford Township in conspiracy, upon information and belief, was aware that Individual Defendants and/or other police officers arrested individuals in violation of the U.S. Constitution and failed to train, provide proper supervision, or otherwise protect against such abuses.

21)  Accordingly, Haverford Township is liable for the unconstitutional conduct of Individual Defendants within the meaning of *Monell v. Department of Social Services*, 436 U.S. 658 (1978).

## COUNT II.    False Arrest

22)    Plaintiff hereby incorporates the allegations contained in paragraphs (1 through (22, plus the book https://www.amazon.com/Love-Murder-

Corruption Lancaster County #p/ 1999022000 and the federal cases it refeerences.

23) Individual Defendants intentionally confined Mr. Cutler against Mr. Cutler's will under the threat of lethal force, to conceal a crime bank robbery (18 USC § 2113). They also manufactured evidence to do the same thing to Lisa Michelle Lambert and have confined her in prison for over 25 years.

24) Mr. Cutler was confined within fixed boundaries to which there was no reasonable means of escape known to Mr. Cutler.

25) Individual Defendants lacked probable cause or reasonable suspicion to confine Mr. Cutler and accordingly, such confinement was not privileged.

26) Individual Defendants are agents or employees of Haverford township and were acting within the scope of their agency or employment.

27) Accordingly, Haverford Township may be held liable for the tort of false arrest under a *respondeat superior* theory of liability in addition to its failure to train or supervise its agents and employees as referenced in Count I.

## COUNT III. Invasion of Privacy

28) Plaintiff hereby incorporates the allegations contained in paragraphs (1 through (27.

29) Individual Defendants intruded upon the seclusion of Mr. Cutler in confining his person and, accordingly, such Defendants are liable for the tort of invasion of privacy.

30) Individual Defendants are agents or employees of Haverford Township and were acting within the scope of their agency or employment.

for the tort of invasion of privacy under a *respondeat superior* theory of liability in addition to its failure to train or supervise its agents and employees as referenced in Count I.

## COUNT IV.    Civil Conspiracy

32) Plaintiff hereby incorporates the allegations contained in paragraphs 1) through 31).

33) Individual Defendants acted together with a common purpose in committing the unlawful acts alleged in Counts I through III and defendants' acts in carrying out such civil conspiracy caused injury to the plaintiff. Accordingly, Defendants have committed the tort of civil conspiracy.

## COUNT V.   Conspiracy under Federal Law

34) Plaintiff hereby incorporates the allegations contained in paragraphs 1) through 33).

35) Individual Defendants together, in concert, to deprive Mr. Cutler, Lisa Michelle Lambert and William Henry Cosby of the equal protection of the laws and/or equal privileges and immunities under the laws. Accordingly, Defendants have conspired to violate Mr. Cutler's civil rights pursuant to 42 U.S.C.S. § 1985(3), and United States Constitution Ammend 14.  The bribing or coercion of a lawyer working to defend an individual is a guarrantee of ineffective council.   The speaker of the House of Representattives through her lawyers made a false statement in court and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing in case 4:18-cv-00167-0, a significant federal crime.

## REQUESTED RELIEF

Wherefore, plaintiff respectfully requests:

    A. Compensatory damages as to all defendants;

    B. Punitive damages as to Individual Defendants, capped at a total maximum
       amount of 6 Billion Dollars;

    C. Declare "The sections of the "Consolodated Appropriations Act, 2019"
       **Unconstitutional** that deal with immigration legal assistence.  I.E entire
       section 224 since the goverement has actively prevented Mr. Cutler from
       obtaining legal assistance via consent decree, and this violates equal
       protection of the law and United States Constitution Ammend 5.

    D. Reasonable attorneys' fees and costs;

    E. Declaratory, injunctive and other equitable relief; and

    F.  Such other and further relief as may appear just and

appropriate. Plaintiff hereby demands a jury trial.

Respectfully submitted,

DATE: _26 FEB 2019_            _____

                             Jeffrey Cutler, pro se
                             215-872-5715 (phone)
                             eltaxcollector@gmail.com
                             P.O. Box 2806
                             York, PA 17405

# ADDENDUM

Case 2:19-cv-05... MCCUTCHEN JOINS... PENN TOPS VILLANOV...
Case 2:19-cv-05... PHILLIES' OUTFIELD 9-1 ENDING BIG 5 STREAK... Page 71 of 85

# Philadelphia Inquirer

*Winner of 20 Pulitzer Prizes*

WEDNESDAY, DECEMBER 12, 2018

---

# Shutdown Threat



Vice President Pence (center) listens as President Trump argues with House Democratic leader Nancy Pelosi during Tuesday's tense meeting in the Oval Office. In a televised confrontation, Trump brashly threatened to shut down the U.S. government as he and Democratic leaders bickered over funding for his promised border wall with Sen. Charles E. Schumer also took part in the squabble. Story and another photo, A2.

---

## STING INVESTIGATION

# Brown resigns 'under protest'

Her decision follows her sentencing in the bribery case. Date of a vote on her replacement is to be set

By Angela Couloumbis
INQUIRER STAFF

HARRISBURG — State Rep. Vanessa Lowery Brown resigned from office Tuesday, saying she was leaving public service "under protest" as she appeals her conviction on bribery and other charges.

In her resignation letter, the Philadelphia Democrat highlighted the words of the Dauphin County judge who last month sentenced her to 23 months of probation, noting that he expressed concern about the underlying sting investigation that led to her conviction and downfall.

Nonetheless, Brown wrote, the recognition that the state commission prohibits anyone convicted of bribery, perjury, and other "infamous crimes" from serving in the legislature.

"The court's finding that the investigation and prosecution and process overstepped tactics and political strategy is only the first step in my ultimate vindication of my full given and constitutional right to be treated fairly under the law," Brown, 52, wrote in her letter to Speaker Mike Turzai (R., Allegheny).

She added: "Unburdened by the
See BROWN on A6

---

## HIGHER EDUCATION

# Temple board condemns Hill, defends free speech

It took no action against the professor, whose remarks at the U.N. have been called anti-Semitic.

By Julia C. Johnson
INQUIRER STAFF

Mirroring statements made in recent weeks by university leaders, Temple University's board of trustees on Tuesday issued its own condemnation of professor Marc Lamont Hill over his controversial comments on Israel and the Palestinians, but stopped short of taking any action against him and defended his right to free speech.

In a one-paragraph statement released at the end of their first public meeting since the furor erupted late last month, the trustees expressed their "disappointment, displeasure, and disagreement with" Hill's remarks. Bowing closely, however, the statement said trustees learned from university president Richard M. Englert.

But the trustees also said, "We recognize that Professor Hill's comments are his own, that his speech as a private individual is entitled to the same constitutional protections at any other citizen, and that he has through subsequent statements expressly rejected anti-Semitism and anti-Semitic violence."

See TEMPLE on A6

---

## Poverty on rise among older people in Phila.

Some have not saved enough; others were poor before they aged. About 23 pct. live in poverty.

By Alfred Lubrano
INQUIRER STAFF

At the end of the month, when her food has run out, Alice Foley, 71, will call a friend in her Germantown neighborhood and ask if she can drop by for a meal.

Foley has worked in public relations, community journalism, and public health, having spent eight years attending St. Joseph's University straight to earn both an English degree and a master's in health education.

Never once in Foley spent a lifetime complaint with the American unequal — well hard, got rewarded — did she foresee a time when her retirement would be nearly empty whenever she calendar for Day 30.

"You've just not prepared for poverty to aid age," said Foley who lives on a monthly Social Security disability, payments and nearly $600 in food stamps, an amount about $400 below the $12,100 federal poverty level for a single person.

Foley never married and has no children. She said, "With two degrees, I never expected to be living life like this."

Not many people do. Yet the poverty rate of older Philadelphians is the highest among the
See POVERTY on A11

# BROKE
IN PHILADELPHIA

---



Jeffrey Cutler is being good that a single vote in an election can make a mess difference.

## A JOB MANY FIND UNNECESSARY

# Man's write-in vote for job led to countywide tax chaos

*Post is easy to claim in towns that don't use the role.*

By Andrew Maykuth
INQUIRER STAFF

Jeffrey Cutler is learning good that a single vote in an election can make a mess difference.

Cutler was elected tax collector in 2017 in East Lampeter Township, Lancaster County with one vote—that own write-in vote. Though East Lampeter had not had a tax collector on its books — the county did its job — Cutler insisted he was now an elected official under the law, and began to work as township tax collector.

Cutler made a hash of the job, say local and county officials. His one-cent he collected was not passed along promptly to taxing authorities. Some taxpayers were billed twice. Others, in arrears, were billed on fully paid. Four years of fully paid taxpayers were erroneously invoiced delinquent and referred for collection tarnishing their credit.

Taxpayers in East Lampeter who went to the location listed on tax bills to settle accounts found themselves before the puzzled manager of a self-storage facility, who was unaware Cutler had set up shop in a rented storage unit.

"It was about as eight as an accounting nightmare trying to figure out what was real and what was not," said Amber Martin, the Lancaster County treasurer. She and other local and county officials alleged Cutler failed to perform his duties, and petitioned a Lancaster County judge to strip him of office in 2017.

Cutler's case triggered the introduction of a bill to allow towns to eliminate the "vestiges of" tax collector's powers, prompting pushback from the Pennsylvania State Tax Collectors Association, which regards the proposed as an existential threat to an independent elected office. In a hearing on the bill, some
See TAX COLLECTOR on A4

---



WEATHER High 42, Low 31

To advertise with us, call 1-800-341-3413. For a complete list of Advertising Department numbers see the "Contact us" box on Page A2

**Jeffrey Cutler** To All; Attached is a TAX cert and page 2 of 14 from... 📎 Jan 30 ☆

**Milligan, Joseph A. (PH) (FBI)** <Joseph.Milligan@ic.fbi.  Jan 30 ☆ ↩ ⋮
to me, John, JAN.MCDERMOTT, Dave ⌄

Mr. Cutler,

   Cease and desist adding myself and ADA McDemott to any more of your
emails regarding this matter. Special Agent Milligan

From: Jeffrey Cutler [mailto:eltaxcollector@gmail.com]
Sent: Sunday, January 29, 2017 11:40 PM
To: Murray, John <JoMurray@paauditor.gov>;
JAN.MCDERMOTT@phila.gov; Dave Brown
<dave@pearsonkoutcherlaw.com>; Milligan, Joseph A. (PH) (FBI)
<Joseph.Milligan@ic.fbi.gov>
Subject: CONSPIRACY TO COMMIT BANK & INSURANCE FRAUD

. . .

**Jeffrey Cutler** <eltaxcollector@gmail.com> 📎 Jan 30 ↩ ⋮
to whmcmichael, jhaskins, dyerushalmi, djacob, lalobell, Dave ⌄

To All;

See the message below. I am involved with a bunch of People that are
**ANTI-JEWISH**. They are trying to set me up to be accused of **THEFT**!!! They have
conspired to delete payment information and try and blame me for **stealing**!!! They
are all criminals. The FBI does not want to help. They suggested (FBI) I get a
lawyer. They just want claim the **JEW IS A THIEF!!!**

Jeff Cutler

717-854-4718
215-872-5715

. . .

. . .

717-854-4718

3 Attachments ⬇ ♻




 VALIDATION_ERR...    ☒ ELSUIT_Stop_OR...



 SUPCOURT.doc

**Devon Jacob** Jeffrey, do not contact me again for any reason. If you do... Jan 30 ☆

**Jeffrey Cutler** Lonnie... No Friends Jeff Cutler       Jan 30 ☆

**Jeffrey Cutler** Justin; It must be my breath. Jeff Cutler     Jan 30 ☆

# U.S. POSTAL INSPECTION SERVICE
THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

**Mail Fraud Complaint**     FDIC COMPLAINT 00930188  POLICE WW-18-08791

**Your Information**     CFPB COMPLAINT 180918-3482888

| | | | |
|---|---|---|---|
| Company Name: | | | |
| * First Name: | JEFFREY | * Last Name: | CUTLER |
| * Address: | P.O. BOX 2806 | | |
| * City: | YORK | | |
| * State: | Select One... | | |
| * ZIP Code: | 17405-2806 | | |
| * Country: | UNITED STATES | | |
| Cell Phone: | (215) 872-5715 | Work Phone: | (215) 631-9583 |
| Home Phone: | (717) 854-4718 | Fax: | |
| Email Address: | etaxcollector@gmail.com | | |
| Age Range | 55-64 | | |

**Complaint Filed Against**

| | | | |
|---|---|---|---|
| Company Name: | FULTON BANK | | |
| First Name: | MARK | Last Name | KATKOVCIN |
| Address | ONE PENN SQUARE | | |
| City | LANCASTER | | |
| State: | Pennsylvania | | |
| ZIP Code: | 17602 | | |
| Country: | UNITED STATES | | |
| Cell Phone: | (484) 553-4616 | Work Phone: | (717) 824-8417 |
| Home Phone | | Fax: | |
| Email Address | mkatkovcin@fultonbank.com | | |
| Website Address: | | | |

**How Were You Contacted?**

| | | |
|---|---|---|
| How were you contacted? | US Mail | |
| On what date were you contacted? | 07/25/2018 | |
| Do you have the envelope it was mailed in? | ○ Yes ● No | |

**How Did You Respond to This Offer?**

| | | |
|---|---|---|
| How did you respond to this offer? | In Person | |
| Response Mailed to a Different Address? | ○ Yes ○ No | |
| Company Name: | FULTON BANK | |
| First Name* | | Last Name* |
| Address: | 155 Swedesford Road | |
| City | EXTON | |
| State: | Pennsylvania | |
| ZIP Code: | 19341 | |
| Country | UNITED STATES | |
| Do you have a mailing receipt | ○ Yes ○ No | |
| Mail Receipt Number | 235/5100/0001 | |
| What did you receive? | RECEIPT FOR ACCOUNT | |
| How did it differ from what you expected? | OFFER REQUIRED I MAKE A DEPOSIT BY AUGUST 23, 2018 TO KEEP ACCOUNT OPEN. ON AUGUST 01, 2018 I MADE A $ 251.00 DEPOSIT TO ACCOUNT. ON SEPTEMBER 20, 2018 I WAS CALLED BY MR. | |
| How much did the company ask you to pay ($)? | 251.00 | |
| Do you have the item? | ○ Yes ● No | |
| How was it delivered? | In Person | |
| Did you contact the company or person about the complaint? | ○ Yes ○ No | |
| Date Last Contacted Company or Person: | 09/21/2018 | |

**Did You Lose Money?**

| | | |
|---|---|---|
| Lose Money: | ○ Yes ○ No | |
| Payment Type: | Money Transfer Service | |
| Payment Amount($) | 300,000.00 | |
| Payment Date: | 04/03/2017 | |
| Money Transfer Service Type: | Other | |
| Other: | | |
| Money Transfer Number: | UNKNOWN | |
| City | LANCASTER | |
| State: | Pennsylvania | |
| ZIP Code: | 17602 | |
| Country | UNITED STATES | |

MAIL FRAUD C#1884921 SEP 28, 2018 5:22 AM



UNITED STATES POSTAL INSPECTION SERVICE

CRIMINAL INVESTIGATIONS SERVICE CENTER

02/19/2019

Ref:  C|FMM|013|S1437380|C1896019

Dear Postal Customer:

Thank you for the information you provided this office regarding:

    TINO CABRAL
    CITIZENS BANK
    1 CITIZENS BANK WAY
    JOHNSTON RI 02919-1922

A review of this matter indicates that your complaint would be best handled by:

INSPECTOR IN CHARGE
USPIS BOSTON DHQ
495 SUMMER ST SUITE 600
BOSTON MA 02210-2114

Please be advised that your complaint has been forwarded to the address above for whatever action they deem appropriate.  Any future concerns relating to this matter should be directed to the address shown above.

Sincerely,

MANAGER
CRIMINAL INVESTIGATIONS SERVICE CENTER

No. 15-632 [14-5183]

## In the Supreme Court of the United States

JEFFREY CUTLER,

Petitioner,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

Respondents.

On Petition for Writ of Certiorari to the United States Court of Appeals for the District of Columbia Circuit

## PETITION FOR WRIT OF CERTIORARI

ROBERT JOSEPH MUISE
Counsel of Record
American Freedom Law Center
P.O. Box 131098
Ann Arbor, MI 48113
(734) 635-3756
rmuise@americanfreedomlawcenter.org

DAVID YERUSHALMI
American Freedom Law Center
1901 Pennsylvania Ave. N.W. Suite 201
Washington, D.C. 20006
(646) 262-0500
dyerushalmi@americanfreedomlawcenter.org

Counsel for Petitioner

Butler Gallagher · Cincinnati, OH · Washington, D.C. · 800.890.5001

## PETITION FOR WRIT OF CERTIORARI

### OPINIONS BELOW

The opinion of the court of appeals appears at App. 1 and is reported at 2015 U.S. App. LEXIS 14268. The opinion of the district court appears at App. 23 and is reported at 52 F. Supp. 3d 27.

### JURISDICTION

The opinion of the court of appeals was entered on August 14, 2015. App. 1. The jurisdiction of this Court is invoked under 28 U.S.C. § 1254(1).

### CONSTITUTIONAL PROVISIONS INVOLVED

The Establishment Clause of the First Amendment provides, "Congress shall make no law respecting an establishment of religion." U.S. Const. amend. I.

The Fifth Amendment provides, in relevant part, "No person shall . . . be deprived of life, liberty, or property, without due process of law." U.S. Const. amend. V.



JS 44 (Rev. 06/17)

## CIVIL COVER SHEET

19 0834

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| | Nancy Pelosi, et al. |
| **(b)** County of Residence of First Listed Plaintiff _Lancaster County_ *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____ *(IN U.S. PLAINTIFF CASES ONLY)* NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* Pro Se | Attorneys *(If Known)* |

| II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)* | | III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff* | | | | *and One Box for Defendant)* | | |
|---|---|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* | *(For Diversity Cases Only)* | **PTF** | **DEF** | | | **PTF** | **DEF** |
| | | Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | | ☐ 4 | ☐ 4 |
| ☒ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | | ☐ 5 | ☐ 5 |
| | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                                                                 Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 151 Medicare Act ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholders' Suits ☐ 190 Other Contract ☐ 195 Contract Product Liability ☐ 196 Franchise | **PERSONAL INJURY** ☐ 310 Airplane ☐ 315 Airplane Product Liability ☐ 320 Assault, Libel & Slander ☐ 330 Federal Employers' Liability ☐ 340 Marine ☐ 345 Marine Product Liability ☐ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability ☐ 360 Other Personal Injury ☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability ☐ 368 Asbestos Personal Injury Product Liability **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 ☐ 690 Other | ☐ 422 Appeal 28 USC 158 ☐ 423 Withdrawal 28 USC 157 **PROPERTY RIGHTS** ☐ 820 Copyrights ☐ 830 Patent ☐ 835 Patent - Abbreviated New Drug Application ☐ 840 Trademark **SOCIAL SECURITY** ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 375 False Claims Act ☐ 376 Qui Tam (31 USC 3729(a)) ☐ 400 State Reapportionment ☐ 410 Antitrust ☐ 430 Banks and Banking ☐ 450 Commerce ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations ☐ 480 Consumer Credit ☐ 490 Cable/Sat TV ☐ 850 Securities/Commodities/ Exchange ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts ☐ 893 Environmental Matters ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** ☐ 210 Land Condemnation ☐ 220 Foreclosure ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | **CIVIL RIGHTS** ☒ 440 Other Civil Rights ☐ 441 Voting ☐ 442 Employment ☐ 443 Housing/ Accommodations ☐ 445 Amer. w/Disabilities - Employment ☐ 446 Amer. w/Disabilities - Other ☐ 448 Education | **PRISONER PETITIONS** **Habeas Corpus:** ☐ 463 Alien Detainee ☐ 510 Motions to Vacate Sentence ☐ 530 General ☐ 535 Death Penalty **Other:** ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | **LABOR** ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Management Relations ☐ 740 Railway Labor Act ☐ 751 Family and Medical Leave Act ☐ 790 Other Labor Litigation ☐ 791 Employee Retirement Income Security Act **IMMIGRATION** ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | **FEDERAL TAX SUITS** ☐ 870 Taxes (U.S. Plaintiff or Defendant) ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision ☐ 950 Constitutionality of State Statutes |

| V. ORIGIN *(Place an "X" in One Box Only)* | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | | ☐ 8 Multidistrict Litigation - Direct File |

| VI. CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 18 USC 1001, 18 USC 2113 |
|---|---|
| | Brief description of cause: |

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ 6 Billion | CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions):* USCA 17-2709, USCA 18-1916, USCA 18-1446 THIRD CIRCUIT JUDGE _____ DOCKET NUMBER 18-3683 |
|---|---|

| DATE 26 FEB 2019 | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JLS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| v. | : |  |
|  | : | NO. 19    0834 |
|  | : |  |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.      ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.      ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.      ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)      ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.      (✓)

| 26 FEB 2019 | | |
|---|---|---|
| **Date** | | **Pro Se Plaintiff** |
| 215-872-5715 | | altaxcollector@gmail.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**Money-back Guarantee:** If the mailer submits an item at a designated USPS® Priority Mail Express® acceptance location on or before the specified deposit time, the Postal Service will deliver or attempt delivery to the addressee or agent before the applicable delivery date and time. Mailer may request the delivery to the addressee or agent before the applicable delivery date and time. Mailer may request the addressee's signature from the addressee upon delivery of the item by checking the "Signature Required" box at the time of mailing. If the Postal Service does not deliver or attempt delivery by the specified time and the mailer files a valid claim for a refund, the Postal Service will refund the postage, unless an exception applies. See *Mailing Standards of the United States Postal Service, Domestic Mail Manual (DMM)* 604.9.5.5 which is available at pe.usps.com.

**Note:** The Postal Service does not offer money-back guarantee for military or DPO shipments delayed due to customs inspections or the item was destined for an APO/FPO/DPO that was closed on the intended day of delivery or the delay was caused by one of the situations in DMM 604.9.5.5. Consult USPS.com® or your local Post Office for information on delivery commitments for Priority Mail Express Military Service (PMEMS). For details, see DMM 703.2.6, which is available at pe.usps.com.

When a mailer submits a Priority Mail Express item requiring a signature and the Postal Service cannot deliver the item on the first attempt, the Postal Service leaves a notice for the addressee. If the addressee does not claim the item within 5 calendar days, the Postal Service returns the item to the sender at no additional charge.

**Insurance coverage:** The Postal Service provides insurance only in accordance with postal regulations in the DMM, which is available at pe.usps.com. The DMM sets forth the specific types of losses that are covered, the limitations on coverage, terms of insurance, conditions of payment, and adjudication procedures. Certain items are not insurable. The DMM consists of federal regulations, and USPS personnel are not authorized to change or waive these regulations or grant exceptions. A mailer who requires information on Priority Mail Express insurance may contact the Postal Service before submitting an item. Limitations prescribed in the DMM provides, in part, that:

1. Insurance coverage extends to the actual value of items lost at the time of mailing or the cost of repairs, not to exceed the insured limit for the item.

2. The Postal Service insures the contents of Priority Mail Express "merchandise" (with "merchandise" defined by postal regulations) against loss, damage, or missing contents. The Postal Service includes coverage up to $100 per mailpiece for an additional charge. Additional merchandise insurance up to $5,000 per mailpiece may be available for purchase. Additional insurance for Priority Mail Express items is not available unless a signature is required.

3. The Postal Service insures "nonnegotiable documents" (as defined by postal indemnity regulations) against loss, damage, or missing contents up to $100 per mailpiece for document reconstruction, subject to additional limitations for multiple pieces lost or damaged in a single catastrophic occurrence. Document reconstruction insurance provides reimbursement of the reasonable costs incurred in reconstructing duplicates of nonnegotiable documents mailed. Document reconstruction insurance coverage above $100 per mailpiece is not available. The mailer should not attempt to purchase additional document insurance, because additional document insurance is void.

4. The Postal Service insures "negotiable items" (defined by postal regulations as items that can be converted to cash without forgery), currency, or bullion up to a maximum of $15 per mailpiece, and articles improperly packaged or too fragile to withstand normal handling in the mail Coverage, terms, and limitations are subject to change. For additional limitations and terms of coverage, consult the DMM, which is available at pe.usps.com.

5. The Postal Service does not provide coverage for consequential losses due to loss, damage, or delay of Priority Mail Express items or for concealed damage, spoilage of perishable items, and articles improperly packaged or too fragile to withstand normal handling in the mail. Coverage, terms, and limitations are subject to change. For additional limitations and terms of coverage, consult the DMM, which is available at pe.usps.com.

**Indemnity Claims (Loss, Damaged or Missing Contents):** Either the mailer or the addressee may file an indemnity claim for loss, damaged or missing contents. The claimant may submit the claim online at usps.com, or by mail; for more information see Publication 122, *Domestic Claims, Customer Reference Guide.* The timelines for claims are as follows: claims for loss – no sooner than 7 days but no later than 60 days after the date of mailing; claims for damage or missing contents– immediately but no later than 60 days from the date of mailing. Retain the original USPS retail receipt or iReceipt/electronic receipt for claims purposes. For claims involving damage or missing contents, also retain the article, container, and packaging for Postal Service inspection when requested.

**Refund of Postage and Fees (Service Performance):** If delivery of a Priority Mail Express (PME) item does not meet the scheduled delivery commitment(s), online and commercial customers may submit a refund request by visiting USPS.com. Retail customers may submit a refund request either online at usps.com or at retail locations. Refund requests for postage must be submitted no later than 30 days from the date of mailing. Extra Services fees refund requests must be submitted no later than 60 days from the date of mailing. Each tracking number can only be submitted once for all applicable refunds. Refund requests for PME with Extra Services must be combined into a single submission.

Thank you for choosing Priority Mail Express service.

Tracking: For USPS Tracking, scan the QR Code below or go to USPS.com or call 800-222-1811.

LABEL 11-B  JULY 2018   PSN 7690-02-000-9996



EE 453 480 741 US

Priority Mail Express tracking number



4440 E TONKERHWY
TONKERHWY LINE RD
TAVERTOWN
PA

190969999
4188680262
(860)1279-8777     1:45 PM

02/26/2019                      1:45 PM

Product
Description          Sale    Final
                     Qty     Price

PM Exp 1-Day                  $30.50
Flat Rate Env  1
(Domestic)
(TONKERLINE, LA  70120)
(Flat Rate)
(Signature Requested)
(PM Exp 02/26/2019 10:30 AM)
(RHTRY 02/27/2019 10:30 AM)
(Money Back Guarantee)
(USPS Tracking #)
(EE454480741US)

PM Exp                        $0.00
Insurance
(up to $100.00 included)

Total                         $30.50

Credit Card Remitd            $30.50
(Card Name:MasterCard)
(Account #:XXXXXXXXXXXX4103)
(Approval #:028597)
(Transaction #:24)
(AID:A0000000041010 )
(AL:Mastercard)
(PIN:Not Required)

Includes up to $100 insurance

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5190-0078-003-00023-98315-02
or scan this code with
your mobile device:

or call 1-800-410-7420

YOUR OPINION COUNTS

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

Bill #: 840-5190-0078-2-25983215-2
Clerk: 23





RECEIVED
JUL 2 4 2018

In The

# United States Court of Appeals
## for the Third Circuit

## 18-1816

JACOB CORMAN IN HIS OFFICIAL CAPACITY AS MAJORITY LEADER OF THE
PENNSYLVANIA SENATE; MIKE FOLMER; IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF
THE PENNSYLVANIA STATE SENATE GOVERNMENT COMMITTEE; LOU BARLETTA; RYAN
COSTELLO; MIKE KELLY; TOM MARINO ; SCOTT PERRY; KEITH ROTHFUS; LLOYD
SMUCKER; GLEN THOMPSON; JEFFREY CUTLER

v.

SECRETARY COMMONWEALTH OF PENNSYLVANIA; COMMISSIONER BUREAU OF
COMMISSIONS, ELECTIONS & LEGISLATION

CARMEN FEBO SAN MIGUEL; JAMES SOLOMON; JAMES GREINER; JOHN CAPOWSKI;
GRETCHEN BRANDT; THOMAS RENTSCJILER; MARY ELIZABETH LAWN; LISA ISAACS; DON
LANCASTER; JORDI COMMAS; ROBERT SMITH; WILLIAM MARX; RICHARD MANTELL;
PRISCILLA MCNULTY; THOMAS ULRICH; ROBERT MCKINSTRY; MARK LICHTY; LORAINE
PETROSKY
*(Intervenors in District Court)*

JEFFREY CUTLER,
Appellant

*Appeal from the Order/Judgment entered April 10, 2018 in the United States District
Court for the Middle District of Pennsylvania at No. 1-18-cv-00443*

## BRIEF AND APPENDIX FOR
## APPELLANT/INTERVENOR-PLAINTIFF
### Volumes I of II (pgs. 1a-33a)

JEFFREY CUTLER
P.O. Box 2806
York, PA 2806
(215) 872-5715
*Pro Se Appellant*

The final result was an above- the-range sentence that cannot be justified by the record, and is unduly punitive based on the totality of circumstances. Because the final sentence does not represent the statutorily mandated minimally sufficient sentence, it is substantively unreasonable. Because of the number of documents that appear to be altered (AA339)(AA587) or late, even in federal court.  In previous appeals (16-3164) parts of Rand Paul's book "Government Bullies" which was photocopied as part of the appeal it was obscured and made unreadable.   Robert Mueller was the director of the FBI on November 4, 2003 when Jonathan Luna, (POSSIBLY BY MEMBERS OF THE KLU KLUX KLAN) was found MURDERED in Lancaster county, Pennsylvania. Five days after the death James Comey may have been given the number 2 position at the DOJ, to help cover-up the murder. At the time of the MURDER Andrew McCabe was in charge of the criminal division of the FBI. The FBI tried to get the coroner of Lancaster, county to call the MURDER a SUICIDE. Mr. McCabe was fired from the FBI for lies he made on March 16, 2018.

April Brooks made the FALSE statement "There's no evidence to show that he met his death at the hands of any other individual," Brooks said. "Or that he had seen or been with any other individual that night. You have naysayers and you have a divergence of (law enforcement) opinion," she said. "But again, we turned over every rock. We are confident that there is nothing hanging out  there to find."
<ref>http://articles.chicagotribune.com/2012-08-29/news/sns-rt-us-usa-security-fbibre87s0u5-20120829_1_white-collar-crime-drug-gangs-gang-cases</ref>., even

though this contradicts the report of the Lancaster county coroner. Flora Posteraro was fired <ref>https://www.ydr.com/story/news/2018/03/13/abc-27-anchor-leaves-station-says-not-my-choice/421175002/</ref> the same day Jeffrey Cutler emailed a reminder that on the 10 year anniversary of Luna's death WHTM had done a story that mentioned the FBI cover-up <ref>https://www.youtube.com/watch?v=LOXQSptqGKQ</ref>. The Baltimore Sun reported of the FBI cover-up on the 5 year anniversary of Luna's death <ref> http://www.baltimoresun.com/news/maryland/bal-md.luna30nov30-story.html </ref>

Based on United States v. Williams, 341 U.S. 58 (1951) and Gill v. Whitford, (Supreme Court 2018) and Masterpiece Cakeshop, Ltd. v. Colorado Civil Rights Commission, and that that Susan Peipher and Christina Hausner were involved in suborning perjury, destroying or concealing evidence, witness tampering, and concealing income or assets, Mr. Cutler requests the following conclusion.

## CONCLUSION

For the foregoing reasons, Appellant Jeffrey Cutler respectfully submits that hereby requests that the court grant his Permanent  Injunction and enjoin the enforcement of the revised voting map, a new election date set using the previously approved voting districts, bar all Pennsylvania judges from submitting remedies which knowingly violate the Pennsylvania constitution, bar any further enforcement of "Obamacare", remove all penalties from plaintiffs, declare executive ORDER 9066 UNCONSTITUTIONAL, and bar the

review, and distribution, of documents siezed of Mr. Cutler/Mr. Cohen and the suspension of further action in NY cases known as 1:18-cv-03501 and 1:18-mj-03161KMW., and other remedies that court deems appropriate, and vacate the sentence for Jeffrey Cutler, Lisa Michelle Lambert, and Jammal Harris and all persons similarly situated. Also stop retrial of case 1:16-cr-10233-RGS so these people are not treated differently than Senator Menendez, or John Corsine in the MF Global fraud case.

Respectfully submitted,

Jeffrey Cutler
Pro Se
P.O. Box 2806
York, PA 17405
eltaxcollector@gmail.com
Tel: (215) 872-5715
*Appellant*

**Originally Dated: July 16, 2018**

**Date** July 23, 2018

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY CUTLER )
)
Plaintiff )
)
v. )
)
NANCY PELOSI IN HER OFFICIAL )
CAPACITY AS SPEAKER OF THE )
HOUSE OF REPRESENTATIVES )
    CITIZENS BANK, )
    FULTON BANK, )
    WIKIPEDIA FOUNDATION, )
    VERIZON CORPORATION, )
    GOOGLE CORPORATION, )
    ERIE INSURANCE, )
    STATE FARM INSURANCE, )
    LEMBERG LAW LLC, )
    FORD MOTOR COMPANY, )
    MANHEIM SCHOOL DISTRICT, )
    HAVERFORD POLICE )
    DEPARTMENT, )
PHILADELPHIA NEWSPAPERS INC, )
    ASSOCIATED PRESS, )
U.S. NEWS AND WORLD REPORTS, )
BEND BULLETIN NEWSPAPER, )
)
And )
JOHN DOES and JANE DOES, )
)
Defendants )
)

**CASE NO. 5:19-cv-00834**

**JURY TRIAL DEMANDED**

# FILED

## MAY 2 8 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

## AFFIDAVIT AND CERTIFICATE OF SERVICE

## AFFIDAVIT AND CERTIFICATE OF SERVICE

I Jeffrey Cutler, do hereby certify that I as of this day I have caused correctly served a copy of

federal **SUMMONS IN CIVIL ACTION** dated 02/26/2019, Plaintiff's COMPLAINT dated

02/26/2019 and Plaintiff's MOTION TO CONSOLIDATE CASES dated 03/11/2019 to

Defendants as addressed and specified below via direct service with an individual over 18

years old, or United States Mail as per Bend Bulletin Newspaper.  With this Affidavit all

named individuals have been properly served.


TIMOTHY NECASTRO, CEO & PRESIDENT
ERIE INSURANCE CORPORATE HEADQUARTERS
100 ERIE PLACE
ERIE, PA 16350

BEND BULLETIN NEWSPAPER
ALBERT N. KENNEDY
888 SW 5th AVE, #1600
PORTLAND, OR  97204


Date: _28 MAY 2019_

Jeffrey Cutler, *pro se*
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

**File a Report: Mail Fraud**

**Your Information**

| | | | |
|---|---|---|---|
| Company Name: | | | |
| * First Name: | JEFFREY | * Last Name: | CUTLER |
| * Address: | P.O. BOX 2806 | | |
| * City: | YORK | | |
| * State: | Pennsylvania | | |
| * Zip Code: | 17405 | | |
| * Country: | UNITED STATES | | |
| Cell Phone: | (215) 872-5715 | Work Phone | (717) 854-4718 |
| Home Phone: | (717) 399-9991 | Fax | |
| Email Address: | eltaxcollector@gmail.com | | |
| Age Range: | 65 or older | | |

**Complaint Filed Against**

| | | | |
|---|---|---|---|
| Company Name: | LERK USCA THIRD CIRCUIT | | |
| First Name: | PATRICIA | Last Name: | DODSZUWEIT |
| Address: | 601 MARKET STREET | | |
| City: | PHILADELPHIA | | |
| State: | Pennsylvania | | |
| ZIP Code: | 19106 | | |
| Country: | UNITED STATES | | |
| Cell Phone: | | Work Phone | (215) 597-2995 |
| Home Phone: | | Fax: | |
| Email Address: | | | |
| Website Address: | | | |

**How Were You Contacted?**

| | |
|---|---|
| How were you contacted? | US Mail |
| On what date were you contacted? | |
| Do you have the envelope it was mailed in? | ○Yes ○No |
| Does the envelope have a permit number? | ○Yes ○No |
| Does the envelope have a postage meter number? | ⊙Yes ○No |
| Postage Meter Number: | 00006114999 |

**How Did You Respond to This Offer?**

| | |
|---|---|
| How did you respond to this offer? | In Person |
| Response Mailed to a Different Address | ○Yes ⊙No |
| Do you have a mailing receipt Got that receipt or Expense Notify? | ○Yes ⊙No |
| What did you receive? max size 250 characters | PAST EXPERIENCE FOUND MANY DOCUMENTS DESTROYED OR NOT FOUND |
| How did it differ from what you expected? max size 250 characters | EXPECTED ORAL ARGUMENTS, ORDER HAD DOCUMENTS STRICKEN |
| How much did the company ask you to pay ($)? | 900,000.00 |
| Do you have the item? | ○Yes ⊙No |
| How was it delivered? | Other |
| Other | 'ERY THING I OWN STOLEN |
| Did you contact the company or person about the complaint? | ⊙Yes ○No |
| Date Last Contacted Company or Person | 05/16/2019 |

**Did You Lose Money?**

| | |
|---|---|
| Lose Money: | ⊙Yes ○No |
| Payment Type: | Money Transfer Service |
| Payment Amount($): | 900,000.00 |
| Payment Date: | 06/17/2019 |
| Money Transfer Service Type: | Other |
| Other: | 18 USC § 2113 |
| Money Transfer Number: | |
| Money Payout Address: | |
| City: | LANCASTER |
| State: | Pennsylvania |
| ZIP Code: | |
| Country: | UNITED STATES |

**Type of Mail Fraud Complaint**

| | |
|---|---|
| Scheme Category: | Harassment |
| Scheme Type: | Harassment |

**Additional Information**

max size 1500 characters

ON 05/06/2019 A MEETING AT EAST LAMPETER TOWNSHIP RESULTED IN 3 DIFFERENT ACTIONS BY THE KLU KLUX KLAN THE NEXT DAY. A LETTER FROM P.O. BOX 3753, ORLANDO, FL 32808. A REQUEST FOR MONEY FROM EOS CCA, P.O. BOX 981008, BOSTON MA 02298-1008 AND THE CLERK LETTER. THAT LETTER ALSO MAKES IT DIFFICULT TO VOTE IN MY DISTRICT AND FILE A RESPONSE. YESTERDAY CASE #2:18-cv-05029 IDENTIFIED THAT DOCUMENTS VISIBLE ON PACER AT THE COURTHOUSE WERE ONLY ALTERED TO ONLY SHOW LIMITED ITEMS 1,13 AND 16. ITEM 13 WAS INCORRECT. THIS IS PHIL JEWISH POLICE THAT ARE BEING DISCRIMINATED



Mail Fraud Complaint form submitted successfully.  **SCREEN PRINT 21MAY2019 8:10 AM**

Thank you for completing the form.  **MAIL FRAUD ID #1904647 RCVD 23MAY 1:40 PM**

The information you provided will be entered into our national complaint system

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.