**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Representative JERROLD NADLER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, <br><br> Defendant. | Civil Action No. 17-1154 (EGS) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs respectfully request leave to file a Second Amended Complaint. Plaintiffs' counsel have conferred with Defendant's counsel, who consent to Plaintiffs' proposed amendment.

Under the Federal Rules of Civil Procedure, after the period in which parties may amend their pleadings as a matter of course, a party may subsequently amend its pleading "with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Here, Plaintiffs have obtained Defendant's written consent. Moreover, in the Meet and Confer Report jointly submitted by the parties, Plaintiffs and Defendant agreed that any additional parties would be joined and any amendment of the pleadings would occur by June 20, 2019. Local Rule 16.3 Report at 4 (May 28, 2019) (Dkt. No. 75).

The proposed Second Amended Complaint, attached as an exhibit to this motion, updates the list of Plaintiffs in this action by removing former Plaintiffs who are no longer serving in Congress and by adding additional members of Congress as new Plaintiffs. The proposed Second Amended Complaint also identifies the current committee leadership positions of the two lead Plaintiffs. Apart from updating the names, addresses, and affiliations of Plaintiffs, no other changes

have been made. Consistent with paragraph 7 of this Court's Standing Order, a redline comparison of Plaintiffs' First Amended Complaint with the proposed Second Amended Complaint is attached as an exhibit to this motion.

For the foregoing reasons, Plaintiffs' motion should be granted, and the proposed Second Amended Complaint should be filed on the docket.

Dated:  June 20, 2019                                  Respectfully submitted,

                                                       /s/ Brianne J. Gorod
                                                       Brianne J. Gorod

                                                       Elizabeth B. Wydra (DC Bar No. 483298)
                                                       Brianne J. Gorod (DC Bar No. 982075)
                                                       Brian R. Frazelle (DC Bar No. 1014116)
                                                       CONSTITUTIONAL ACCOUNTABILITY CENTER
                                                       1200 18th Street, N.W., Suite 501
                                                       Washington, D.C. 20036
                                                       (202) 296-6889
                                                       elizabeth@theusconstitution.org
                                                       brianne@theusconstitution.org

                                                       *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2019, the foregoing document was filed with the Clerk of the Court, using the CM/ECF system, causing it to be served on all counsel of record.

Dated: June 20, 2019

/s/ Brianne J. Gorod
Brianne J. Gorod