# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Senator RICHARD BLUMENTHAL,
Representative JERROLD NADLER, *et al.*,

                Plaintiffs,

                v.

DONALD J. TRUMP, in his official capacity as
President of the United States of America,

                Defendant.

Civil Action No. 17-1154 (EGS)

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT: INDEX TO EXHIBITS

| | | |
|---|---|---|
| Exhibit 1: | | Proposed Second Amended Complaint |
| Exhibit 2: | | Redline Comparison of First Amended Complaint with Proposed Second Amended Complaint |
| Exhibit 3: | | Proposed Order |