# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Senator RICHARD BLUMENTHAL,
Representative JERROLD NADLER, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States of America,

Defendant.

Civil Action No. 17-1154 (EGS)

### [Proposed] ORDER

Upon consideration of Plaintiffs' motion for leave to file a Second Amended Complaint,

it is hereby

ORDERED that the motion is GRANTED. The Second Amended Complaint shall be

filed on the docket of this case.

SO ORDERED.

Date:  June ___, 2019

_____
Hon. Emmet G. Sullivan
United States District Judge