# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>*Defendant*. | No. 17-cv-1154-EGS |

## DEFENDANT'S NOTICE OF PETITION FOR WRIT OF MANDAMUS

Defendant Donald J. Trump, President of the United States, respectfully notifies the Court that he will shortly file in the U.S. Court of Appeals for the D.C. Circuit a petition for a writ of mandamus against this Court's orders declining to dismiss the case or to certify an interlocutory appeal, as well as an application for a stay of district court proceedings pending resolution of the mandamus petition. A copy of the proposed filing and addendum are attached.

Dated: July 8, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Jean Lin*
JEAN LIN

1

Special Counsel
JAMES R. POWERS
BRADLEY P. HUMPHREYS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone: (202) 514-3716
Email: jean.lin@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2019, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jean Lin*
JEAN LIN