# United States Court of Appeals
## For The District of Columbia Circuit

**No. 19-8005**  **September Term, 2019**

1:17-cv-01154-EGS

Filed On:  September 4, 2019

In re: Donald J. Trump, in his official capacity
as President of the United States of America,

      Petitioner

**BEFORE:**  Millett, Pillard, and Wilkins, Circuit Judges

### O R D E R

Upon consideration of the petition for leave to file an interlocutory appeal and the response thereto, it is

**ORDERED** that the petition be granted.  See 28 U.S.C. § 1292(b).

The Clerk is directed to transmit a copy of this order to the district court.  The district court will file the order as a notice of appeal pursuant to Fed. R. App. P. 5.  The district court is requested to promptly certify and transmit the preliminary record to this court, after which the case will be assigned a general docket number.

The parties are directed to submit a proposed expedited briefing schedule within 3 days of the appeal being docketed in this court.

### Per Curiam

      **FOR THE COURT:**
      Mark J. Langer, Clerk

BY:  /s/
      Lynda M. Flippin
      Deputy Clerk