# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 19-5237**  September Term, 2019

1:17-cv-01154-EGS

Filed On: March 31, 2020 [1836126]

Richard Blumenthal, et al.,

    Appellees

  v.

Donald J. Trump, in his official capacity as
President of the United States of America,

    Appellant

## M A N D A T E

In accordance with the judgment of February 7, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/
        Daniel J. Reidy
        Deputy Clerk

Link to the judgment filed February 7, 2020

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-5237**            **September Term, 2019**

FILED ON: FEBRUARY 7, 2020

RICHARD BLUMENTHAL, ET AL.,
    APPELLEES

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA,
    APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-01154)

Before: HENDERSON, TATEL and GRIFFITH, *Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the first judgment of the District Court that the Members sustained their burden to show that they have standing to bring their claims be reversed and the case be remanded with instructions to dismiss the complaint; and the second judgment of the District Court that the Members have a cause of action and have stated a claim be vacated as moot, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk

Date: February 7, 2020

Opinion Per Curiam